3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 2 0 2000

| | | |
|---|---|---|
| DANIEL E. DAVIS | & | |
| | & | |
| VS. | & | CIVIL ACTION B-00-003 |
| | & | |
| FAVELLE FAVCO CRANES USA, INC. | & | |

**PLAINTIFF'S LIST OF ALL ENTITIES THAT ARE FINANCIALLY INTERESTED IN THIS LITIGATION, SUBJECT TO A MOTION TO REMAND**

TO THE HONORABLE JUDGE OF THIS COURT:

**COMES NOW, DANIEL E. DAVIS**, Plaintiff in the above-styled and numbered cause of action, and files this **Plaintiff's List of all Entities that are Financially Interested in this Litigation, Subject to a Motion to Remand** pursuant to the Order Setting Conference filed in the above-styled and numbered cause of action on January 3, 2000, and would show the Court the following:

I.

1.01 Plaintiff **DANIEL E. DAVIS**, hereby complies with the Court's order and provides the following list pursuant to Item No. 2 of the Order Setting Conference which states as follows:

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

1.02 Plaintiff **DANIEL E. DAVIS** hereby lists all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations, subject to a **Motion to**

        Respectfully submitted,

        **LAW OFFICES OF**
        **ERNESTO GAMEZ, JR., P.C.**
        777 E. Harrison Street
        Brownsville, Texas 78520
        TEL/ (956) 541-3820
        FAX/ (956) 541-7694

        BY: _/s/ Victor Quintanilla_
        VICTOR QUINTANILLA
        Federal Id. No. 16073
        State Bar No.: 00786181

        ATTORNEYS FOR PLAINTIFF
        DANIEL E. DAVIS

### CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 10th day of January, 2000, a true and correct copy of the above foregoing **Plaintiff's List of All Entities that are Financially Interested in this Litigation, Subject to a Motion to Remand** was served in accordance with the Texas Rules of Civil Procedure to-wit:

Hon. Gary Gurwitz
**ATLAS & HALL, L.L.P.**
Professional Arts Building
818 Pecan, P.O. Box 3725
McAllen, Texas 78502-3725

**VIA CM RRR # Z 559 109 018**

Hon. Willem G. Schuuman
Brian K. Buss
**VINSON & ELKINS, L.L.P.**
2700 One American Center
600 Congress Avenue
Austin, Texas 78701

**VIA CM RRR # Z 559 109 019**

        _/s/ Victor Quintanilla_
        VICTOR QUINTANILLA

3

Remand as follows:

    **MUHIBBAH ENGINEERING SDN, BHD**, which is a public listed company on Kuala Lumpm Stock Exchange in Malaysia owns the following:

    **FAVELLE FAVCO CRANES HOLDINGS SDN BHD**
Lot 579/586 2nd Mile, Jalan Batu Tiga Lama
41300 Klang
Selangor Darul Ehsan
West Malaysia whom controls the following entities:

    **FAVELLE FAVCO CRANES (M) SDN BHD**
Lot 9895, 4th Mile, Jalan Kampung Jawa,
41000 Klang, Selangor, Malaysia

    **FAVELLE FAVCO CRANES PTY LTD**
No. 28, Yarrunga Street, Prestons,
N.S.W. 2170, Sydney, Australia

    **FAVELLE FAVCO CRANES PTE LTD**
No. 6, Sungei Kadut Loop
Singapore 729453

    **FAVELLE FAVCO CRANES (USA) INC**
4th Mile East, FM 106,
Port of Harlingen, Texas, 78550 USA

    **KROLL CRANES A/S**
Nordkranevej 2,
DK-3540 Lynge, Denmark

1.03 Plaintiff **DANIEL E. DAVIS** further shows the Court that Plaintiff's counsel intend to file a Motion to Remand that is due on or about February 2, 2000. Plaintiff does not, in any way, waive his right to file a Motion to Remand. Plaintiff provides the Court with the aforementioned list of entities that are financially interested in this litigation pursuant to Item No. 2 of the Order Setting Conference.