4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 24 2000

Michael N. Milby
Clerk of Court

| DANIEL E. DAVIS | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |

### CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

FAVELLE FAVCO CRANES USA, INC. is aware of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Daniel E. Davis;

2. Davisco, Inc.;

3. Coburn International, Ltd.;

4. Favelle Favco Cranes USA Inc.;

5. Favelle Favco Cranes Holdings Sdn Bhd;

6. <u>Muhibbah Engineering (M) BHD</u>

Dated this 21st day of January, 2000.

Respectfully submitted,

By: _____
Gary Gurwitz
U.S.D.C. No. 1194
State Bar No. 08631000
ATTORNEYS IN CHARGE FOR PLAINTIFF,
FAVELLE FAVCO CRANES USA, INC.
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Drawer 3725
McAllen, Texas 78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

OF COUNSEL:

Charles C. Murray
U.S.D.C. No. 1214
State Bar No. 14719700
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Drawer 3725
McAllen, Texas  78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

Willem G. Schuurman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS L.L.P.
2700 One American Center
600 Congress Avenue
Austin, Texas 78701-3200
Telephone: 512/495-8663
Telecopy: 512/236-3422

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by certified mail, return receipt requested, postage prepaid, on this the 21st day of January, 2000, to opposing counsel as follows:

Mr. Ernesto Gamez, Jr.
Mr. Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

_____
Charles C. Murray

MORRIS ATLAS
ROBERT L SCHWARZ
GARY GURWITZ
E G HALL
CHARLES C MURRAY
A KIRBY CAVIN
MIKE MILLS
MOLLY THORNBERRY
FREDERICK J BIEL
REX N LEACH
LISA POWELL
STEPHEN L CRAIN
O C HAMILTON, JR
VICKI M SKAGGS
RANDY CRANE
STEPHEN C HAYNES
DAN K WORTHINGTON
VALORIE C GLASS
HECTOR J TORRES
SOFIA A RAMÓN
RAMONA K KANTACK
DANIEL G GURWITZ
DAVID E GIRAULT
JOSÉ CANO
AARON I VELA
ADRIANA H CÁRDENAS
GREGORY S KAZEN

# ATLAS & HALL, L.L.P.
## ATTORNEYS AT LAW
PROFESSIONAL ARTS BUILDING • 818 PECAN
P O BOX 3725
McALLEN, TEXAS 78502-3725
(956) 682-5501
FAX (956) 686-6109

January 21, 2000

United States District Court
Southern District of Texas
RECEIVED
JAN 2 4 2000
Michael N. Milby, Clerk of Court

Writer's Direct Dial:
(956) 632-8234

**Via Regular Mail**
Mr. Juan Barbosa
Deputy-Clerk-In-Charge
UNITED STATES DISTRICT COURT
500 E. 10th Street
Brownsville, Texas 78520

Re: Civil Action No. B-00-003; Favelle Favco Cranes USA, Inc. vs. Daniel E. Davis, et al.; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

Enclosed please find an original and two copies of Certificate of Disclosure of Interested Parties. Please file-stamp one copy and give it to the messenger for return to my office.

By copy of this letter, I am forwarding the same to opposing counsel by certified mail, return receipt requested.

Very truly yours,

ATLAS & HALL, L.L.P.

By: Gary Gurwitz

GG/gc
Enclosures

cc: Mr. Ernesto Gamez, Jr. - **CM RRR Z 350 127 716**
Mr. Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520