IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



MAR 2 1 2000

| | | |
|---|---|---|
| DANIEL E. DAVIS | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES, U.S.A. INC. | § § | |

### MOTION FOR LEAVE TO FILE
### DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant FAVELLE FAVCO CRANES, U.S.A., INC., ("Defendant"), and pursuant to Fed.R.Civ.P. 15, moves this Court for leave to file its amended answer and counterclaim as follows:

1. Defendant wishes to file its amended answer and counterclaim.

2. None of the parties will be prejudiced by allowing the amended answer and counterclaim to be filed.

3. Justice requires that the amended answer and counterclaim be allowed to bring before this Court a more definitive response than the pleading previously filed in state court, to assert the affirmative defenses and counterclaim of Defendant.

4. Fed.R.Civ.P. 15 provides that leave to amend "shall be freely given when justice so requires."

5. A copy of the amended answer and counterclaim which Defendant ask leave to file is attached.

## Rule 6 Certificate

I certify that I have conferred with all counsel of record as follows:

Ernesto Gamez, Jr., and Victor Quintanilla, Law Offices of Ernesto Gamez, Jr., P.C., 777 E. Harrison Street, Brownsville, Texas 78520, counsel for Plaintiff, who are opposed to the relief requested.

SIGNED this 21 day of March, 2000.

_____
Gary Gurwitz
S.B. # 08631000/Fed. I.D. No. 1194
Charles C. Murray
S.B. # 14719700/Fed I.D. No. 1214
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas 78502
Tele: 956/682-5501   Fax 956/686-6109

**ATTORNEY IN CHARGE FOR DEFENDANT FAVELLE FAVCO CRANES, U.S.A., INC.**

OF COUNSEL:

Willem G. Schuurman
S.B. # 17855200
Brian K. Buss
S.B. # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Tele: 512/495-8400
Fax: 512/495-8612

FFC
VS.
DAVIS

MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM
OF DEFENDANT FAVELLE FAVCO CRANES, U.S.A., INC.
PAGE 2

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of this document was served on all counsel of record, by certified mail, return receipt requested, on the ___21___ day of March, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

_____
Gary Gurwitz

FFC
VS.
DAVIS

MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM
OF DEFENDANT FAVELLE FAVCO CRANES, U.S.A., INC.
PAGE 3