United States District Court
Southern District of Texas
FILED

MAR 24 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL E. DAVIS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-003 |
| § | |
| FAVELLE FAVCO CRANES § | |
| USA, INC., FAVELLE FAVCO CRANES § | |
| (M) SDN BHD, FAVELLE FAVCO § | |
| HOLDINGS SDN BHD, and § | |
| MUHIBBAH ENGINEERING § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW, DANIEL E. DAVIS, (hereinafter referred to as "**Plaintiff**" or "**MR. DAVIS**"), complaining of **FAVELLE FAVCO CRANES USA, INC.**, (hereinafter referred to as "Defendant **FAVCO CRANES, USA**,") **FAVELLE FAVCO CRANES (M) SDN BHD** (hereinafter referred to as "Defendant **FAVCO CRANES (M)**"), **FAVELLE FAVCO HOLDINGS SDN BHD**, hereinafter referred to as "Defendant **FAVCO HOLDINGS**", and **MUHIBBAH ENGINEERING** (hereinafter referred to as "Defendant **MUHIBBAH**") and collectively referred to as "Defendants **FAVCO**", and for cause of action would respectfully show this Honorable Court and Jury the following:

### PARTIES

1. Plaintiff **DANIEL E. DAVIS**, is an individual residing in Cameron County, Texas.

2. Defendant **FAVELLE FAVCO CRANES (USA), INC.**, is a corporation formed and existing under the laws of the State of Texas, having a place of business in Cameron County, Texas,

and may be served with summons by serving its General Manager, Cheam Tek Siong, at 4 Mile East, FM 106, Port of Harlingen, Cameron County, Harlingen, Texas pursuant to Rule 4(c) of the Federal Rules of Civil Procedure by delivering to Cheam Tek Siong the summons together with a copy of this Plaintiff's Original Complaint attached thereto. This Defendant has, however, been duly served with citation in state court, and has made an appearance in this cause. As such, service of citation on this Defendant is not necessary at this time.

3. Defendant **FAVELLE FAVCO CRANES (M) SDN BHD.**, is a corporation, upon information and belief, formed and existing under the laws of Malaysia and may be served with citation in this action by service of summons by serving its agent, Mr. Chem Tek Siong, at Favelle Favco Cranes (USA), Inc., 4 Mile East, FM 106, Port of Harlingen, Cameron County, Harlingen, Texas pursuant to Rule 4(c) of the Federal Rules of Civil Procedure by delivering to Cheam Tek Siong the summons together with a copy of this Plaintiff's Original Complaint attached hereto.

4. Defendant **FAVELLE FAVCO HOLDINGS**, is upon information and belief a corporation formed and existing under the laws of the Malaysia and may be served with summons by serving Favelle Favco Cranes (USA), Inc., 4 Mile East, FM 106, Port of Harlingen, Cameron County, Harlingen, Texas pursuant to Rule 4(c) of the Federal Rules of Civil Procedure by delivering to Cheam Tek Siong the summons together with a copy of this Plaintiff's Original Complaint attached hereto.

5. Defendant **MUHIBBAH ENGINEERING**, is upon information and belief a corporation formed and existing under the laws of the Malaysia and may be served with citation in this action by service of summons upon its agent, Mr. Chem Tek Siong, at Favelle Favco Cranes (USA), Inc., 4 Mile East, FM 106, Port of Harlingen, Cameron County, Harlingen, Texas pursuant to Rule 4(c) of

the Federal Rules of Civil Procedure by delivering to Cheam Tek Siong the summons together with a copy of Plaintiff's Original Complaint attached hereto.

## NATURE OF THIS ACTION: JURISDICTION AND VENUE

6. Defendants have been doing business in this judicial district and have built and sold infringing products in this judicial district.

7. This is an action for patent infringement. The patent infringement claims stems from Defendants' illegal manufacturing, use and sale of cranes covered by the claims of a patent owned by **MR. DAVIS**, who is the inventor. The district court has federal question jurisdiction under 28 U.S.C. §1331 and has original jurisdiction over the actions relating to **DAVIS** patent under 28 U.S.C. §1338(a).

8. Venue is proper in this Court pursuant to 28 U.S.C. §1391.

## BACKGROUND OF THE LITIGATION

9. **MR. DAVIS** is the inventor and owner of U.S. Patent No. 6,003,252 ("the 252 patent") issued December 21, 1999 and entitled "Conversation Apparatus and Method for Use with Excessive and Crane Devices."

10. In or about June 1997, **MR. DAVIS** and Defendants **FAVCO** and **FAVELLE MALAYSIA/FAVELLE HOLDINGS/MUHIBBAH** entered an agreement that **MR. DAVIS** would be managing director of a new company, **FAVELLE USA**, with a primary place of business at 4 Mile East, FM 106, Port of Harlingen, Cameron County, Harlingen, Texas 7855-3049.

11. **MR. DAVIS** would bring to **FAVELLE USA** a line of new and unique crawler cranes, the **"Davis Crawler Cranes"**. The **Davis Crawler Cranes** were, and are, unique because, among other things, the **Davis Crawler Cranes** can be manufactured quicker, and less expensively resulting

3

in a more stable crane for its overall size.  **MR. DAVIS** brought the crane designs with him when he became employed by Defendant **FAVELLE CRANES USA**.

12.  Defendants are engaging in the manufacture, use and sale of **Davis Crawler Cranes** covered by the 252 patent.

## PATENT INFRINGEMENT

13.  On **December 21, 1999**, U.S. Patent No. 6,003,252 issued to **MR. DAVIS**.  Since the date, **MR. DAVIS**, has been and still is the inventor and exclusive owner of the 252 patent.

14.  Defendants are infringing the 252 patent by making, using and selling cranes covered by the 252 patent and will continue to do so unless enjoined by this Court.  Defendants knew or should have known that the manufacture, use and sale of the **MR. DAVIS** patented cranes would constitute patent infringement.

## IRREPARABLE INJURY

15.  The acts of Defendants complained of above are infringing **MR. DAVIS** 252 patent, and such acts have caused, and are causing irreparable injury to **MR. DAVIS** and to the public.

16.  Unless the acts and potential acts complained of are restrained by this Court, such acts will come to fruition, and they will continue to cause, and will cause further irreparable injury for which there is no adequate remedy at law.

## JURY

17. **DAVIS** demands a jury trial.

# PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that Defendants **FAVCO CRANES (M), FAVCO HOLDINGS, and MUHIBBAH** be cited to appear and answer, and that a trial by jury be had on the merits and that on final trial, Plaintiff have the following:

(a)  For a judgment that Defendants, and Defendant's officers, agents, servants, employees, attorneys, related companies, and those in concert, privity or participation with Defendants be preliminarily and permanently enjoined from infringement of **DAVIS'** U.S. Patent No. 6,003,252;

(b)  That Defendants, and those controlled by Defendants, be required to deliver up to the Court for transfer to **Plaintiff** or destruction, or to show proof said transfer to **Plaintiff** or destruction of, any and all products, displays, labels, signs, circulars, packages, wrappers, receptacles, advertisements, sales ads, and other matters in Defendants' possession or control which infringe the 252 patent or represent ownership in **DAVIS** 252 patent;

(c)  That Defendants be directed to file with this Court within thirty (30) days after entry of any injunction in this cause, a written statement under oath, setting forth in detail the manner in which Defendants have complied with that injunction;

(d)  That **Plaintiff** recover his damages resulting from Defendants' infringement;

(e)  That **Plaintiff** recover Defendants' wrongful profits resulting from Defendants' infringement;

(f)  That **Plaintiff** recover his court cost; and

(g)  That **Plaintiff** recover such other and further relief, in law or equity, as this Court may deem just and appropriate.

Respectfully submitted,

**PAYNE, LUNDEEN, D'AMBROSIO & ARISMENDI, L.L.P.**
1700 West Loop South, Suite 1230
Houston, Texas   77027
TEL/(713) 840-8008
FAX/(713) 840-8088

BY: *[signature: Victor Quintanilla]*
    for AL PAYNE  ( BY PERMISSION )
    State Bar No. 15649450
    Federal Id. No. 2025

Attorney-in-charge for Plaintiff
**DANIEL E. DAVIS**

**Of Counsel:**

ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id No. 8645

VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

6

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 24th day of March, 2000 a true and correct copy of **Plaintiff's Original Complaint** was served on Defendants' counsel of record **VIA CM RRR # Z 559 109 040** to Gary Gurwitz, **ATLAS & HALL, L.L.P.**, P.O. Drawer 3725, 818 Pecan, McAllen, Texas 78502.

VICTOR QUINTANILLA