United States District Court
Southern District of Texas
FILED

APR 1 4 2000

Michael N. Milby
Clerk of Court

#13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A. INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN | § | |
| BHD, FAVELLE FAVCO HOLDINGS SDN | § | |
| BHD, and MUHIBBAH ENGINEERING | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f), F.R.C.P.

1.   State where and when the meeting of the parties required by Rule 26(f) was held, and

identify the counsel who attended for each party.

**Response:  The meeting was held on April 7, 2000. via teleconference.  The**

**teleconference was attended by Victor Quintanilla, counsel for the plaintiff, and**

**Gary Gurwitz and Charles C. Murray, counsel for Defendant Favelle Favco Cranes**

**USA, Inc. ("Defendant Favco, U.S.A.").**

2.   List the cases related to this one that are pending in any state or federal court with the

case number and court.

**Response:  The parties are aware of the following related cases:**

**a.   Cause No. 1999-10-4467-C in the 197th District Court of Cameron County,**

**Texas, styled Favelle Favco Cranes USA, Inc. vs. Daniel E. Davis, Davisco,**

**Inc. and Coburn International, Ltd.**

3.   Briefly describe what this case is about.

**Response: The plaintiff alleges that it is the owner of a patent for a type of crawler crane and that the Defendants have infringed the patent.   Defendant Favco USA, by answer and counterclaim, alleges generally that it is the owner of the patent, or alternatively is entitled to an irrevocable shop right or implied license to use the technology associated with the patent, that the plaintiff has violated fiduciary duties in attempting to obtain the patent for himself, that the plaintiff has made statements about the crawler cranes in violation of 15 U.S.C. § 1125(a), and that the plaintiff has wrongfully appropriated funds and is guilty of misappropriation of trade secrets, theft and conversion, entitling Defendant Favco USA to damages, injunctive relief, a declaratory judgment, and attorneys' fees.**

4.     Specify the allegation of federal jurisdiction.

**Response:  This case was removed to federal court from State Court Cause No. 99-11-4513-A in the 107th District Court of Cameron County, Texas, pursuant to 28 U.S.C.A. §§ 1331, 1338, 1367 and 35 U.S.C.  § 271 in that the matters in controversy involve or relate to a United States patent and patent infringement claims.**

5.     Name the parties who disagree and the reasons.

**Response: None.**

6.     List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

**Response: Defendant Favco USA will file a motion for leave to add as a party Davisco, Inc., a company controlled by the plaintiff that Defendant Favco USA alleges is guilty of conversion.**

-2-

7.    List anticipated interventions.

**Response: None.**

8.    Describe class-action issues.

**Response: None.**

9.    State whether each party represents that it has made the initial disclosures required by

rule 26(a).  If not, describe the arrangements that have been made to complete the

disclosures.

**Response:  The parties will make their initial disclosures by April 20, 2000.**

10.    Describe the proposed agreed discovery plan, including:

   a.    Responses to all the matters raised in Rule 26(f).

      **Response: Please refer to paragraph 9 above and 10 b - h below.**

   b.    When and to whom the plaintiff anticipates it may send interrogatories.

      **Response: The plaintiff anticipates serving interrogatories within the next 30**

      **days.**

   c.    When and to whom the defendant anticipates it may send interrogatories.

      **Response: Defendant Favco USA  anticipates it will send interrogatories, if**

      **necessary, within the next 30 days.**

   d.    Of whom and by when the plaintiff anticipates taking oral depositions.

      **Response: The plaintiff anticipates deposing Cheam Tek Siong, Mac Ngan**

      **Boon and perhaps other witnesses with knowledge of relevant facts,**

      **including, but not limited to experts named and/or designated by Defendants,**

      **before the end of the discovery deadline.**

-3-

CVirPDF - www.lexisx.com

e.   Of whom and by when the defendant anticipates taking oral depositions.

**Response: Defendant Favco USA anticipates deposing the plaintiff, Al Payne,**

**Manitex, Inc., Holt Power Systems, Holt Machinery, Mustang Tractor &**

**Equipment Co., Darr, ECCON, Keith J. Orgeron, P.E., Jim Rusk,**

**Caterpillar Industrial Products, Inc. and perhaps others before the end of**

**the discovery deadline.**

f.   When the plaintiff (or the party with the burden of proof on an issue) will be able

to designate experts and provide the reports required by Rule 26(a)(2)(B), and

when the opposing party will be able to designate responsive experts and provide

their reports.

**Response: The plaintiff will designate experts and provide expert reports by**

**July 27, 2000.  Defendant Favco USA will designate experts and provide**

**expert reports by August 27, 2000.**

g.   List expert depositions the plaintiff (or the party with the burden of proof on an

issue) anticipates taking and their anticipated completion date.  See Rule

26(a)(2)(B) (expert report).

**Response: The plaintiff intends to depose Defendant Favco USA's experts.**

h.   List expert depositions the opposing party anticipates taking and their anticipated

completion date.  See Rule 26(a)(2)(B) (expert report).

**Response: Defendant Favco USA intends to depose the plaintiff's experts.**

11.   If the parties are not agreed on a part of the discovery plan, describe the separate views

and proposals of each party.

-4-

**Response: N/A**

12.    Specify the discovery beyond initial disclosures that has been undertaken to-date.

**Response: None.**

13.    State the date the planned discovery can reasonably be completed.

**Response: The parties believe discovery can reasonably be completed by September 27, 2000.**

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**Response: The parties have decided to explore the possibility of mediation once enough initial discovery is completed to enable them to evaluate their respective cases.**

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**Response: See response to number 14.**

16.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonable suitable, and state when such a technique may be effectively used in this case.

**Response: See response to number 14.**

17.    Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**Response:  The parties do not agree to a trial before a magistrate judge.**

18.    State whether a jury demand has been made and if it was made on time.

**Response: The plaintiff has timely demanded a jury.**

CM/PDF - www.fastio.com

19.     Specify the number of hours it will take to present the evidence in this case.

**Response: The plaintiff's case will take approximately 50 hours, and the case of Defendant Favco USA will take approximately 40 hours.**

20.     List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**Response: Defendant Favco USA's motion for leave to add Davisco, Inc. and motion to disqualify Al Payne.**

21.     List other motions pending.

**Response: None.**

22.     Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**Response: The defendants other than Defendant Favco USA have not yet appeared, and their appearance date has not yet arrived.  Further, because of trade secret and related issues, as well as attorney-client issues arising from the previous representation of Defendant Favco USA by Al Payne, one of the attorneys for the plaintiff, the parties will seek a confidentiality order from the court.  Moreover, because of the complexity of this case, the parties agree to waive the ten deposition limit.**

23.     Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**Response: The plaintiff filed a Certificate of Interested Parties on January 20, 2000.**

**Defendant Favco USA filed its Certificate of Disclosure of Interested Parties on**

**January 24, 2000.**

24.  List the names, bar numbers, addresses and telephone numbers of all counsel.

Al Payne
State Bar No. 15649450/Southern Dist. I.D. No. 2025
Payne, Lundeen, D'Ambrosio & Arismendi, L.L.P.
1700 West Loop South, Suite 1230
Houston, Texas 77027
Telephone: 713/840-8008
Fax: 713/840-8088

Ernesto Gamez, Jr.
State Bar No. 0760660 Dist. I.D. No. 8645
Victor Quintanilla
State Bar No. 00786181/Southern Dist. I.d. No. 16073
Law Offices of Ernesto Gamez, Jr., P.C.
Brownsville, Texas 78520
Telephone: 956/541-3820
Fax: 956/541-7694

Gary Gurwitz
S.B. # 08631000/Southern Dist. I.D. #1194
Charles C. Murray
S.B. # 14719700/Southern Dist. I.D. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Drawer 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuurman
S.B. # 17855200
Brian K. Buss
S.B. # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Tele: 512/495-8400
Fax: 512/495-8612

Date: 4-14-00                          Date: 4-14-00


Al Payne    with permission                 _____
Al Payne                               Gary Gurwitz
State Bar No. 15649450                 State Bar No. 08631000
Southern Dist. I.D. No. 2025           Southern Dist. I.D. # 1194
Payne, Lundeen, D'Ambrosio             Charles C. Murray
    & Arismendi, L.L.P.                State Bar No. 14719700
1700 West Loop South, Suite 1230       Southern Dist. I.D. #1214
Houston, Texas 77027                   ATLAS & HALL, L.L.P.
Telephone: 713/840-8008                818 Pecan (Zip Code: 78501)
Fax: 713/840-8088                      P.O. Box 3725
                                       McAllen, Texas 78502
                                       Telephone: 956/682-5501
                                       Fax: 956/686-6109

**ATTORNEYS IN CHARGE FOR
PLAINTIFF**
                                       **ATTORNEYS IN CHARGE FOR
                                       DEFENDANT FAVELLE FAVCO
                                       CRANES USA, INC.**


OF COUNSEL:                            OF COUNSEL:

Ernesto Gamez, Jr.                     Willem G. Schuurman
State Bar No. 0760660/S.D. I.D. No. 8645    S.B. # 17855200
Victor Quintanilla                     Brian K. Buss
State Bar No. 00786181/S.D. I.d. No. 16073    S.B. # 00798089
Law Offices of Ernesto Gamez, Jr., P.C.    VINSON & ELKINS, L.L.P.
Brownsville, Texas 78520               600 Congress Avenue, Suite 2700
Telephone: 956/541-3820                Austin, Texas 78701
Fax: 956/541-7694                      Telephone: 512/495-8400
                                       Fax: 512/495-8612