United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A. INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN | § | |
| BHD, FAVELLE FAVCO HOLDINGS SDN | § | |
| BHD, and MUHIBBAH ENGINEERING | § | |

### MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE PERSON OF FAVELLE FAVCO CRANES (M) SDN BHD, FAVELLE FAVCO HOLDINGS SDN BHD, AND MUHIBBAH ENGINEERING (M) BHD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME FAVELLE FAVCO CRANES (M) SDN BHD, FAVELLE FAVCO HOLDINGS SDN BHD, and MUHIBBAH ENGINEERING (M) BHD, defendants in the above-styled and numbered cause, and file this, their Motion to Dismiss for Lack of Jurisdiction over the Person of Favelle Favco Cranes (M) SDN BHD, Favelle Favco Holdings, SDN BHD, and Muhibbah Engineering (M) BHD, and in connection therewith would respectfully show unto the Court the following:

I.

This Court does not have jurisdiction over the persons of these defendants. They are incorporated in Malaysia and have their principal place of business in Malaysia. They have not engaged in business in this state within the meaning of Section 17.042 or Section 17.044, Tex. Civ. Prac. and Code, or committed any other act that would subject them to personal jurisdiction in this state.

WHEREFORE, PREMISES CONSIDERED, these defendants pray that this motion be granted, that they be dismissed from this case, and that they receive such other and further relief to which they may be entitled.

Respectfully submitted,

_____
Gary Gurwitz
S.B. # 08631000/Fed. I.D. No. 1194
Charles C. Murray
S.B. # 14719700/Fed I.D. No. 1214
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas 78502
Tele: 956/682-5501   Fax 956/686-6109

**ATTORNEY IN CHARGE FOR DEFENDANTS**

OF COUNSEL:

Willem G. Schuurman
S.B. # 17855200
Brian K. Buss
S.B. # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Tele: 512/495-8400
Fax: 512/495-8612

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record, by certified mail, return receipt requested, on the __17__ day of April, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

Al Payne
Payne, Lundeen, D'Ambrosio
 & Arismendi, L.L.P.
1700 West Loop South, Suite 1230
Houston, Texas 77027

_____
Gary Gurwitz