

United States District Court
Southern District of Texas
FILED

APR 2 0 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A. INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN | § | |
| BHD, FAVELLE FAVCO HOLDINGS SDN | § | |
| BHD, and MUHIBBAH ENGINEERING | § | |

### RULE 26(a) INITIAL DISCLOSURES OF DEFENDANT

Subject to and without waiver of the attorney-client privilege, the work product privilege, the party communications privilege, and other applicable privileges, the defendant Favelle Favco Cranes USA, Inc. makes the following initial disclosures pursuant to the Federal Rules of Civil Procedure Rule 26(a):

  1.  The name, and if know, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**Mac Ngan Boon**
**Lot 9895, 4th Mile**
**Jalan Kampung Jawa**
**4100 Klang**
**Selangor**
**Malaysia**
**011-603-333-7835**

**Michael Khoo**
**4 Mile East F.M. 106**
**Port of Harlingen**
**P.O. Box 3049**
**Harlingen, Texas 78551-3049**
**956/428-7488**

**Shirleen Lee**
**Jalan Batu Tiga Lama**
**41300 Klang**
**Selangor Darul Ehsan**
**Malaysia**
**011-603-342-4322**

**Cheam Tek Siong**
**4 Mile East F.M. 106**
**Port of Harlingen**
**P.O. Box 3049**
**Harlingen, Texas 78551-3049**
**956/428-7488**

**Eric Tew**
**Lot 9885, 4th Mile**
**Jalan, Kampung Jawa**
**41000 Klang**
**Selangor Darul Ehsan**
**Malaysia**
**011-603-333-7835**

**Tee Yin Tion**
**Lot 9895, 4th Mile**
**Jalan Kampung Jawa**
**4100 Klang**
**Selangor**
**Malaysia**
**011-603-333-7835**

**Joe E. Conway**
**Manitex, Inc.**
**P.O. Box 1609**
**3000 South Austin Avenue (78626)**
**Georgetown, Texas 78627-1609**
**Telephone 512/942-3000**

**Terry D. Growcock**
**The Manitowoc Company, Inc.**
**300 South 16th Street**
**P.O. Box 66**
**Manitowoc, WI 54221-0066**

C. Hartl
ECCON
Eccon Engineering Computer Consulting Gelleschaft M.B.H.
A-6710 Nezing/AUSTRIA
Bahnhofstr 26
Telephone: 0043/5525/63171-0

Horst Zimmerman
ECCON
Eccon Engineering Computer Consulting Gelleschaft M.B.H.
A-6710 Nezing/AUSTRIA
Bahnhofstr 26
Telephone: 0043/5525/63171-0

James Hopkins
CIPI Asia Pacific Region
7 Tractor Road
Singapore 627968
Telephone 65/662-8341

Keith J. Orgeron, P.E.
Integra Engineering, Inc.
10815 Pergrine Dr.
Houston, Texas 77065
Telephone 281/807-0366

James Rusk
J.A. Rusk Engineering
11713 Fuller
Kansas City, Missouri 64134
Telephone 816/763-9003

Representatives from
Mustang Tractor & Equipment Co.
P O Box 1373
Houston, Texs 77251-1373
713/460-2000

Representatives from
Darr Equipment
Address unknown

**Representatives from
Holt Machinery
Address unknown**

**Representatives from
Holt Power Systems
Address unknown
Holt, Texas**

**Representatives from
Robway (Asia) SDN BHD
32 West Thebarton Road
Thebarton South Australia 5031**

**Daniel Davis
3205 Merion Ct.
Harlingen, Texas 78550**

**Alton Payne
Payne, Lundeen, D'Ambrosio
   & Arismendi, L.L.P.
1700 W. Loop South, Ste 1230
Houston, Texas 77027**

    2.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

> **Without waiver of the attorney-client and work-product privileges and relevancy, copies of the nonprivileged documents will be made available for inspection and copying for the relevant time period.**
>
> **Categories of Documents:
> Correspondence, agreements, invoices, drawings, memos, corporate papers, and other documents pertaining to dealings by Favelle Favco Cranes USA, Inc. with various persons and companies, including but not limited to, Daniel Davis, Caterpillar Industrial Products, Inc., J.A. Rusk Engineering, Integra Engineering, Eccon, Mustang Tractor & Equipment Co., Manitex, Inc., Manitowoc Company, Inc., Favelle Favco Cranes Holdings Sdn Bhd, Favelle Favco Cranes (M) Sdn Bhd, Muhibbah Engineering (M) BHD and Robway (Asia) SDN BHD. These documents are located at the offices of FFC USA in Harlingen, Texas and are available at any reasonable time for inspection and copying.**

3.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Commissions on sales of cranes wrongfully taken by Davis in the amount of $34,320.00. The damages resulting from interference in FFC's business cannot be calculated at this time.**

4.   For inspection and copying as under Rule 34 of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**N/A**

Respectfully submitted,

_____
Gary Gurwitz
S.B. # 08631000/Fed. I.D. No. 1194
Charles C. Murray
S.B. # 14719700/Fed I.D. No. 1214
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas  78502
Tele: 956/682-5501   Fax 956/686-6109

**ATTORNEY IN CHARGE FOR DEFENDANT FAVELLE FAVCO CRANES, U.S.A., INC.**

**OF COUNSEL:**

Willem G. Schuurman
S.B. # 17855200
Brian K. Buss
S.B. # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Tele: 512/495-8400
Fax: 512/495-8612

-6-

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record, by certified mail, return receipt requested, on the 30th day of April, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

Alton Payne
Payne, Lundeen, D'Ambrosio
 & Arismendi, L.L.P.
1700 W. Loop South, Ste 1230
Houston, Texas 77027

_____
Gary Gurwitz