IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2000

Michael N. Milby, Clerk
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO | § | |
| CRANES USA, INC. | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on April 21, 2000, the Court reviewed the file in *Davis v. Favelle Favco Cranes USA, Inc.*, Civil Action No. B-00-03. The District Clerk's office inadvertently charged Plaintiff a $150 filing fee when he submitted Plaintiff's Original Complaint (Dkt. No. 11). The District Clerk's office is INSTRUCTED to REFUND $150 to Plaintiff's counsel, Victor Quintanilla.

DONE at Brownsville, Texas, this _____ day of April 2000.

Hilda G. Tagle
United States District Judge