18

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
APR 27 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Koerner |
| DATE | 04 / 27 / 00 |
| TIME | 11:15 a.m. — 11:30 a.m. |
| CIVIL ACTION | B - 00 - 03 |
| STYLE | DAVIS *versus* FAVELLE FAVCO CRANES USA, INC. |

DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference; ____ day  ☐ Bench  ☐ Jury Trial   (Rptr. Breckecord)

| | | | |
|---|---|---|---|
| Victor Quintanilla | for | ■ Ptf. # _____ | ☐ Deft. # _____ |
| Al Payton | for | ■ Ptf. # _____ | ☐ Deft. # _____ |
| Gary Gurwitz | for | ☐ Ptf. # _____ | ■ Deft. # _____ |
| Charles Murray | for | ☐ Ptf. # _____ | ■ Deft. # _____ |

☐  Argument heard on:  ☐ all pending motions;  ☐ these topics:
_____

☐  Motions taken under advisement: _____
☐  Order to be entered.
☐  Miscellaneous review set: _____
☐  Rulings orally rendered on:

1. Motion for leave to file amended answer (Dkt. No. 9) is MOOT.
2. Defendant will file an amended motion to dismiss for lack of subject matter jurisdiction including a supporting declaration and legal authority. Deadline: May 4, 2000 by 12:00, noon.

3.  Defendant's motion to disqualify Alton Payne (Dkt. No. 17) is not yet ripe. After Plaintiff responds, the Court will rule by submission within a reasonable time.

4.  The parties have agreed to a five month discovery deadline. The parties may need to readdress discovery and trial dates depending on the circumstances of the state court action.

5.  The Court will enter a scheduling order.

ClibPDF - www.fastio.com