19

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Davis §
versus §
§   CIVIL ACTION B- 00-03
Fanelle §
§

United States District Court
Southern District of Texas
ENTERED
MAY 0 4 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __6-7__ days.      ☐ Bench    ☒ Jury

2. New parties must be joined by:    __6-1-00__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __7-28-00__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    __9-28-00__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************  The court will provide these dates.  ************************

6. Dispositive Motions will be filed by:    __10-18-00__

7. Joint pretrial order is due:    __1-18-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __2-1-01__

9. Jury Selection is set for 9:00 a.m. on:    __2-5-01__

The case will remain on standby until tried.

Signed __April 27__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

Counsel, please sign on the back.

*Scheduling Order--Page Two*

_[signature: Al W. Payne]_
Counsel for _Plaintiff_

_[signature: Victor Quintrulla]_
Counsel for _PLAINTIFF_

Counsel for _____

_[signature]_
Counsel for _CHARLES C MURRAY,_
_COUNSEL FOR DEFENDANTS_

Counsel for _____

Counsel for _____