

United States District Court
Southern District of Texas
FILED

MAY 0 4 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A., INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN BHD, | § | |
| FAVELLE FAVCO HOLDINGS SDN BHD, | § | |
| and MUHIBBAH ENGINEERING | § | |

**FIRST AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION
AND FOR INSUFFICIENT SERVICE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME FAVELLE FAVCO CRANES (M) SDN BHD ("FFC Malaysia"), FAVELLE FAVCO HOLDINGS SDN BHD ("Holdings") and MUHIBBAH ENGINEERING (M) BHD ("Muhibbah"), defendants in the above-styled and numbered cause, and file this, their *First Amended Motion to Dismiss for Lack of Jurisdiction and for Insufficient Service* and in support thereof would respectfully show unto the Court as follows:

1. FFC Malaysia now withdraws its objection to jurisdiction based on the due process clause of the 14th Amendment and service.

2. Holdings objects to jursidiction based on the due process clause and Muhibbah objects to jurisdiction based on the due process clause and service.

3. *Service on Muhibbah is insufficient.* This Court does not have jurisdiction over Muhibbah because Plaintiff has failed to effectuate proper service. Plaintiff has attempted to serve Muhibbah with citation by serving Cheam Tek Siong. Mr. Siong is not an officer of Muhibbah, nor

is he an authorized agent for service as detailed in Rule 4(h)(1) of the Federal Rules of Civil Procedure. Furthermore, Muhibbah is a foreign corporation and does not have a registered agent for service in the State of Texas See Exhibits A, Affidavit of Cheam Tek Siong, attached hereto and incorporated by reference for all purposes. Finally, Plaintiff has failed to comply with Rules 4(h)(2) and 4(f) which provide the manner in which foreign corporations are to be served. Accordingly, Defendant Muhibbah hereby respectfully requests this Honorable Court dismiss it due to insufficient service.

    4.    *Exercising jurisdiction over Muhibbah and Holdings would violate the due process clause of the 14th Amendment.* Holdings is incorporated in Malaysia, adheres to the required corporate formalities, and maintains its principal place of business in Malaysia. Holdings is not registered to do business in the State of Texas, and does not do business in Texas. Holdings does not specifically advertise in Texas and does not solicit business in Texas. Holdings does not maintain an office in Texas, does not have a bank account in Texas, and owns no property in Texas. Further, the allegations do not arise out of or relate to any activities Holdings has conducted in the State of Texas. Holdings is a separate entity from Favelle Favco Cranes USA, Inc. ("FFC USA"), owns 90% of the stock in FFC USA, and maintains a separate accounting system from that of FFC USA. See Exhibit B, Affidavit of Cheam Tek Siong, attached hereto and incorporated by reference for all purposes.

    5.    Muhibbah has not engaged in business in the State of Texas within the meaning of Section 17.042 of the Texas Civil Practice and Remedies Code. Muhibbah is incorporated in Malaysia, adheres to the required corporate formalities, and maintains its principal place of business

DAVIS                       FIRST AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION  
vs.                                                       AND FOR INSUFFICIENT SERVICE  
FFC                                                                                        PAGE 2

in Malaysia. Muhibbah does not do business in the State of Texas, nor is it registered to do business in Texas. Muhibbah does not maintain an office in Texas, and has no employees in Texas. Muhibbah does not have a bank account in Texas, owns no property in Texas and has no contracts in Texas. Muhibbah does not specifically advertise in Texas, and does not solicit business in Texas. Further, Plaintiff's allegations do not arise out of or relate to any activities Muhibbah has conducted in the State of Texas. Muhibbah is a separate entity from FFC USA and maintains a separate accounting system from that of FFC USA. See Exhibit C, Affidavit of Shirleen Lee Poh Kwee, attached hereto and incorporated by reference for all purposes. Accordingly, Holdings and Muhibbah hereby respectfully request this Court dismiss them from this cause for lack of personal jurisdiction.

WHEREFORE, PREMISES CONSIDERED, Favelle Favco Cranes (M) SDN BHD, Favelle Favco Holdings SDN BHD and Muhibbah Engineering (M) BHD pray that this motion be granted, that they be dismissed from this case, and that they receive such other and further relief to which they may be entitled.

DAVIS  
vs.  
FFC

FIRST AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION  
AND FOR INSUFFICIENT SERVICE  
PAGE 3

Respectfully submitted

*Gary Gurwitz* by Atl Card /s/perm.

Gary Gurwitz
State Bar No. 08631000
Southern Dist. I.D. # 1194
Charles C. Murray
State Bar No. 14719700
Southern Dist. I.D. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

**ATTORNEYS IN CHARGE FOR DEFENDANTS**

OF COUNSEL:

Willem G. Schuuman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

DAVIS
vs.
FFC

FIRST AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION
AND FOR INSUFFICIENT SERVICE
PAGE 4

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record, by certified mail, return receipt requested, on the 4th day of May, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

Al Payne
Payne, Lundeen, D'Amrosio & Arismendi, L.L.P.
1700 West Loop South, Suite 1230
Houston, Texas 77027



DAVIS
vs.
FFC

FIRST AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION
AND FOR INSUFFICIENT SERVICE
PAGE 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| ET AL. | § | |

## AFFIDAVIT OF CHEAM TEK SIONG

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned notary public, on this day personally appeared CHEAM TEK SIONG, who being by me duly sworn on oath stated that he is authorized in all respects to make this affidavit; that he has not been convicted of a felony and is competent to make this affidavit; that he has read the following affidavit, and it is true and correct, and that every statement contained herein is within his personal knowledge.

> I am the Group General Manager of Favelle Favco Holdings SDN BHD ("FF Holdings"), which owns 100% of the stock in Favelle Favco Cranes (M) SDN BHD ("FFC Malaysia").
>
> I am not an officer or director of Muhibbah Engineering (M) BHD ("Muhibbah"). I am not authorized to accept service of citation on behalf of Muhibbah. Muhibbah does not have a registered agent in the State of Texas and does not maintain an office in Texas.

Further affiant sayeth not.



EXHIBIT A



Cheam Tek Siong

SWORN TO AND SUBSCRIBED TO BEFORE ME on the _____ day of May, 2000, to certify which witness my hand and official seal.

_____Shirley Boerm_____
Notary Public in and for the    9/29/02
My Commission expires:

> SHIRLEY BOERM
> Notary Public,
> State of Texas My
> Comm. Exp. 09-29-2002

FFC
vs.
DAVIS

AFFIDAVIT OF CHEAM TEK SIONG
PAGE 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| ET AL. | § | |

## AFFIDAVIT OF CHEAM TEK SIONG

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned notary public, on this day personally appeared CHEAM TEK SIONG, who being by me duly sworn on oath stated that he is authorized in all respects to make this affidavit; that he has not been convicted of a felony and is competent to make this affidavit; that he has read the following affidavit, and it is true and correct, and that every statement contained herein is within his personal knowledge.

> I am the Group General Manager of Favelle Favco Holdings SDN BDH ("FF Holdings"). FF Holdings is incorporated in Malaysia, and adheres to the required corporate formalities. FF Holdings maintains its principal place of business in Malaysia.
>
> FF Holdings is not registered to do business in the State of Texas and does not do business in Texas. FF Holdings does not specifically advertise in Texas and does not solicit business in Texas. FF Holdings does not maintain an office in Texas. FF Holdings does not have a bank account in Texas and owns no property in Texas.
>
> FF Holdings owns 90% of the stock in FFC USA. FF Holdings and FFC USA have some, but not all, officers and directors in common, and FF Holdings maintains a separate accounting system from that of FFC USA.



EXHIBIT B

Further affiant sayeth not.

_____
Cheam Tek Siong

SWORN TO AND SUBSCRIBED TO BEFORE ME on the 1st day of May, 2000, to certify which witness my hand and official seal.

[Notary Seal: SHIRLEY BOTRM, Notary Public, State of Texas, My Comm. Ex. 09-29-2002]

_____ Shirley Botrm
Notary Public in and for the 9/29/02
My Commission expires:

FFC
vs.
DAVIS

AFFIDAVIT OF CHEAM TEK SIONG
PAGE 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| ET AL. | § | |

## AFFIDAVIT OF LEE POH KWEE

BEFORE ME, the undersigned notary public, on this day personally appeared LEE POH KWEE ( Malaysian Passport Number A 10633732 ), who being by me duly sworn on oath stated that she is authorized in all respects to make this affidavit; that she has not been convicted of a felony and is competent to make this affidavit, that she has read the following affidavit, and it is true and correct, and that every statement contained herein is within her personal knowledge.

I am the Chief Financial Officer of Muhibbah Engineering (M) Bhd ("Muhibbah"). Muhibbah is incorporated in Malaysia, and adheres to the required corporate formalities. Muhibbah maintains its principal place of business in Malaysia.

Muhibbah does not do business in the State of Texas, nor is it registered to do business in Texas. Muhibbah does not maintain an office in Texas. Muhibbah does not have a bank account in Texas, owns no property in Texas and has no contracts in Texas. Muhibbah does not specifically advertise in Texas, and does not solicit business in Texas.

Muhibbah owns 100% of the stock in Favelle Favco Holdings Sdn Bhd, which owns 90% of the stock in Favelle Favco Cranes USA, Inc. ("FFC USA"). Muhibbah and FFC USA, have no officers in common and some, but not all, directors in common, and Muhibbah maintains a separate accounting system from that of FFC USA.


EXHIBIT C

Further affiant sayeth not.

_____
Lee Poh Kwee

SWORN TO AND SUBSCRIBED TO BEFORE ME on the 3 th   May, 2000, to certify which witness my hand and official seal.

_____
Notary Public in and for the

My Commission expires: 15/11/2000

B. INDERJIT SINGH
NOTARY PUBLIC
6TH FLOOR, BANGKOK BANK BUILD.
105, JALAN TUN H.S. LEE
50000 KUALA LUMPUR, MALAYSIA
TEL: 2327426



---

FFC
vs.
DAVIS

AFFIDAVIT OF SHIRLEEN LEE POH KWEE
PAGE 2