22

United States District Court
Southern District of Texas
FILED

MAY 09 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A. INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN | § | |
| BHD, FAVELLE FAVCO HOLDINGS SDN | § | |
| BHD, and MUHIBBAH ENGINEERING | § | |

### DEFENDANT FAVELLE FAVCO CRANES (M) SDN BHD'S
### ANSWER AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES FAVELLE FAVCO CRANES (M) SDN BHD, ("Defendant"), one of the defendants in the above-styled and numbered cause, and files this, its answer and counterclaim in response to the allegations contained in *Plaintiff's Original Complaint* ("Complaint"), filed by Daniel E. Davis, ("Plaintiff" or "Davis"), as follows:

### PARTIES

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. This defendant admits the allegations contained in paragraph 2 of the Complaint.

3. This defendant admits the allegations contained in paragraph 3 of the Complaint.

4. This defendant admits that Favelle Favco Holdings is a corporation formed and existing under the laws of Malaysia. This defendant denies the remaining allegations contained in paragraph 4 of the Complaint.

ClibPDF - www.fastio.com

5.  This defendant admits that Muhibbah Engineering is a corporation formed and existing under the laws of Malaysia. This defendant denies the remaining allegations contained in paragraph 5 of the Complaint.

## JURISDICTION AND VENUE

6.  This defendant admits that it has done business in this judicial district. This defendant denies the remaining allegations contained in paragraph 6 of the Complaint.

7.  This defendant admits that the plaintiff asserts an action for patent infringement and that this court has jurisdiction as to this defendant. This defendant denies the remaining allegations contained in paragraph 7 of the Complaint.

8.  This defendant admits that venue is proper as to it.

## BACKGROUND OF THE LITIGATION

9.  This defendant denies the allegations contained in paragraph 9 of the Complaint.

10. This defendant denies the allegations contained in paragraph 10 of the Complaint.

11. This defendant admits that Favelle Favco Cranes U.S.A., Inc. develops, designs, manufactures and sells crawler cranes, among other things. This defendant denies the remaining allegations contained in paragraph 11 of the Complaint.

12. This defendant denies the allegations contained in paragraph 12 of the Complaint.

## PATENT INFRINGEMENT

FFC
VS.
DAVIS

DEFENDANT FAVELLE FAVCO CRANES (M) SDN BHD'S
ANSWER AND COUNTERCLAIM
PAGE 2

13. This defendant admits that U.S. patent number 6,003,252 was issued to the plaintiff. This defendant denies the remaining allegations of paragraph 13.

14. This defendant denies the allegations contained in paragraph 14 of the Complaint.

## IRREPARABLE INJURY

15. This defendant denies the allegations contained in paragraph 15 of the Complaint.

16. This defendant denies the allegations contained in paragraph 16 of the Complaint.

## JURY

17. This defendant admits that both parties have timely demanded a jury trial.

## PRAYER

18. This defendant denies the allegations of the prayer.

19. All allegations of the Complaint not specifically addressed above are in all things denied.

## ADDITIONAL DEFENSES

20. This defendant has denied and continues to deny that the plaintiff has any cause of action against this defendant upon which he can prevail. Subject to its denials, this defendant asserts the following additional defenses:

21. **First Additional Defense:** This defendant has not infringed, actively induced infringement or contributed to the infringement of any claim of U.S. Patent No. 6,003,252 ("the '252 Patent").

FFC
VS.
DAVIS

DEFENDANT FAVELLE FAVCO CRANES (M) SDN BHD'S
ANSWER AND COUNTERCLAIM
PAGE 3

22.  **Second Additional Defense:**  This defendant asserts the affirmative defense of estoppel.

23.  **Third Additional Defense:**  This defendant asserts the affirmative defense of waiver.

24.  **Fourth Additional Defense:**  This defendant asserts the affirmative defense of laches.

25.  **Fifth Additional Defense:**  This defendant asserts the statute of frauds as an affirmative defense.

## COUNTERCLAIMS

26.  This defendant is entitled to recover its attorneys' fees.

## DECLARATORY JUDGMENT

27.  This defendant incorporates the allegations of paragraphs 1 - 26 above.

28.  This is a counterclaim for a declaratory judgment under 28 USC § 2201 of non-infringement of the '252 patent as well as any other patent or patent application filed by Davis related to crawler cranes. This court has subject matter jurisdiction to hear and decide this counterclaim pursuant to 28 USC § 2201, § 2202, § 1338(a), and § 1367.

## DEMAND FOR JURY TRIAL

29.  Pursuant to Federal Rule of Civil Procedure 38, this defendant demands a jury trial on all issues triable of right by a jury.

WHEREFORE, this defendant prays for a judgment:

FFC
VS.
DAVIS

DEFENDANT FAVELLE FAVCO CRANES (M) SDN BHD'S
ANSWER AND COUNTERCLAIM
PAGE 4

(a) that the plaintiff take nothing against this defendant and that this defendant go hence with its costs without day;

(b) that the Court declare that this defendant has not infringed, actively induced infringement or contributed to the infringement of any claim of the '252 patent, and that Favelle Favco Cranes, U.S.A., Inc., owns the technology, trade secrets and information made the basis of this suit as well as the '252 patent and any other patent or patent applications filed by Davis related to crawler cranes, the design of this defendant's crawler cranes, and the so-called "Davis crawler cranes."

(c) that this defendant be awarded its attorneys' fees incurred in this action in accordance with 15 U.S.C. § 1117(a); and

(d) that this defendant be granted such other relief as the Court deems just and equitable.

Respectfully submitted,

_____
Gary Gurwitz
S.B. # 08631000/Fed. I.D. No. 1194
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas 78502
Tele: 956/682-5501   Fax 956/686-6109

**ATTORNEY IN CHARGE FOR DEFENDANT FAVELLE FAVCO CRANES, U.S.A., INC.**

OF COUNSEL:

Charles C. Murray
S.B. # 14719700/Fed I.D. No. 1214
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas 78502
Tele: 956/682-5501   Fax 956/686-6109

Willem G. Schuurman
S.B. # 17855200
Brian K. Buss
S.B. # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Tele: 512/495-8400
Fax: 512/495-8612

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record, by certified mail, return receipt requested, on the 9th day of May, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

Al Payne
Payne, Lundeen, D'Ambrosio & Arismendi, L.L.P.
1700 West Loop South, Suite 1230
Houston, Texas 77027

Gary Gurwitz

FFC
VS.
DAVIS

DEFENDANT FAVELLE FAVCO CRANES (M) SDN BHD'S
ANSWER AND COUNTERCLAIM
PAGE 6