2-1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DANIEL E. DAVIS | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD, FAVELLE FAVCO HOLDINGS SDN BHD, and MUHIBBAH ENGINEERING | § § § § § § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

**COMES NOW, DANIEL E. DAVIS**, Plaintiff in the above-styled and numbered cause of action, and serves this his Designation of Expert Witnesses, on Defendants' counsel of record, and in support would show the Court as follows:

I.

As per this Court's Scheduling Order, Plaintiff **DANIEL E. DAVIS**, hereby gives notice to Defendants **FAVELLE FAVCO CRANES (USA), INC. FAVELLE FAVCO CRANES (M) SDN BHD, FAVELLE FAVCO HOLDINGS SDN BHD, and MUHIBBAH ENGINEERING** of Plaintiff's designated experts.

II.

Plaintiff designates the following persons as expert witnesses in the above-styled and numbered cause:

Hon. Ernesto Gamez, Jr.
LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
(956) 541-3820

Mr. Gamez is a licensed attorney. He has knowledge of the legal work that has been performed on behalf of Plaintiff **DANIEL E. DAVIS** and the time expended to complete said work. He has further knowledge of the attorney's fees which Plaintiff **DANIEL E. DAVIS** has incurred and will continue to incur in the litigation of this case. He may be familiar with the hourly rate which is customarily charged in these types of cases in this area, and is expected to testify that the attorney's fees that **MR. DAVIS** has incurred are reasonable and customarily.

Victor Quintanilla
LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
(956) 541-3820

Mr. Quintanilla is an associate attorney with the LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.. He has knowledge of the legal work that he has performed on behalf of Plaintiff **DANIEL E. DAVIS** and the time expended to complete said work. He has further knowledge of the attorney's fees which Plaintiff **DANIEL E. DAVIS** has incurred and will continue to incur in the litigation of his case. He may be familiar with the hourly rate which is customarily charged in these types of cases in this area, and is expected to testify that the attorney's fees incurred by **Mr. DAVIS** are reasonable and customarily.

Alton W. Payne, Ph.D.
**PAYNE & D'AMBROSIO, L.L.P.**
800 Wilcrest, Suite 160
Houston, Texas 77027-3008
(713) 840-8008

Mr. Payne is a licensed attorney who specializes in intellectual property law. He has knowledge of the legal work that has been performed on behalf of Plaintiff **DANIEL E. DAVIS** and the time expended to complete said work. He also has knowledge of the attorney's fees which Plaintiff **DANIEL E. DAVIS** has incurred and will continue to incur in the litigation of this case. Mr. Payne also has knowledge with the hourly rate which is customarily charged in these types of cases and is expected to testify that the attorney's fees that **MR. DAVIS** has incurred are reasonable and customarily. Additionally, Mr. Payne has knowledge of the patent application submitted by **MR. DAVIS** to the United States Patent and Trademark office and the work undertaken by him which ultimately resulted in **MR. DAVIS** being issued U.S. Patent No. 6,003, 252 (**"the 252 patent"**) on December 21, 1999.

Herbert L. Lyon, Ph.D.
Huntwick Consulting Group
14614 Falling Creek Drive, Suite 213
Houston, Texas   77068
(713) 802-9300
(713) 880-0787

Dr. Lyon is a professor of marketing in the Department of marketing at the University of Houston in Houston, Texas. He is expected to testify as to the economic and/or monetary damages suffered by MR. DAVIS and which, in all probability, he will suffer in the future.

Richard H. Robey
2219 Jarosa Lane
Superior, Colorado   80027
(303) 298-9322

Mr. Robey is a crane marketing and development expert. He has been involved in the sales and marketing of cranes for several years. Mr. Robey has knowledge about the fact that Mr. Daniel E. Davis came up with the concept or idea which is the subject of U.S. Patent No. 6,003,252 **("the 252 patent")** issued by the United States Patent and Trademark office on December 21, 1999 entitled **"Conversion Apparatus and Method for use with Excavator and Crane Devices"**. Mr. Robey has knowledge that Mr. Davis initiated this concept or idea while he (i.e. Mr. Davis) was employed by Manitowoc. Mr. Robey also has knowledge and is familiar with the concept or idea and subject matter invented by Mr. Davis. Mr. Robey may also have knowledge of the fact that Defendants have infringed and continue to infringe on Mr. Davis' 252 patent by making, using, and selling cranes covered by **the 252 patent**.

Loren G. Helmreich
**BROWNING BUSHMAN**
Attorneys at Law
5718 Westheimer, Suite 1800
Houston, Texas   77057
(713) 266-5593

Mr. Helmreich is a licensed attorney who specializes in intellectual property law. He is expected to testify as to issues relating to inventorship, ownership of intellectual property rights, shop rights, confidential information and trade secrets, the relationship between such technology and patents, and the three (3) year license agreement between **MR. DAVIS** and Favelle Favco.

3

Respectfully submitted,

LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
TEL/(956) 541-3820
FAX/(956) 541-7694

BY: _____
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id No. 8645

Attorney-in-Charge for Plaintiff
DANIEL E. DAVIS

VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

(Signed with permission
of Attorney-in-Charge)

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby state that on this 28th day of July, 2000 a true and correct copy of **Plaintiff's Designation of Expert Witnesses** was served in accordance with the Texas Rules of Civil Procedure on Defendants' counsel of record **VIA FAX: (956) 686-6109 and CM RRR # 7099 3220 0006 2777 4946**, Hon. Gary Gurwitz, **ATLAS & HALL, L.L.P.**, 818 Pecan, P.O. Box 3725, McAllen, Texas 78502.

_____
VICTOR QUINTANILLA