IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL E. DAVIS § § § | |
| VS. § | CIVIL ACTION NO. B-00-003 |
| § | |
| FAVELLE FAVCO CRANES § USA, INC., FAVELLE FAVCO CRANES § (M) SDN BHD, FAVELLE FAVCO § HOLDINGS SDN BHD, and § MUHIBBAH ENGINEERING § § | |

### PLAINTIFF'S PRODUCTION OF EXPERT REPORTS

**COMES NOW, DANIEL E. DAVIS**, Plaintiff in the above-styled and numbered cause of action, and serves this his Production of Expert Reports, on Defendants' counsel of record, and in support would show the Court as follows:

I.

As per this Court's Scheduling Order, Plaintiff **DANIEL E. DAVIS**, hereby produces his experts reports attached hereto as **Exhibit "A"**.

Respectfully submitted,

LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
TEL/(956) 541-3820
FAX/(956) 541-7694

BY: _/s/ Victor Quintanilla_
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id No. 8645

Attorney-in-Charge for Plaintiff
DANIEL E. DAVIS

VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

(Signed with permission
of Attorney-in-Charge)

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby state that on this 4th day of August, 2000 a true and correct copy of **Plaintiff's Production of Expert Reports** was served in accordance with the Texas Rules of Civil Procedure on Defendants' counsel of record **VIA FAX: (956) 686-6109 and CM RRR # 7099 3220 0006 2777 4946**, Hon. Gary Gurwitz, **ATLAS & HALL, L.L.P.**, 818 Pecan, P.O. Box 3725, McAllen, Texas 78502.

_____
VICTOR QUINTANILLA