

United States District Court
Southern District of Texas
FILED

SEP 2 9 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DANIEL E. DAVIS                                    §
                                                   §
VS.                                                §          CIVIL ACTION NO. B-00-003
                                                   §
FAVELLE FAVCO CRANES, U.S.A. INC.,                 §
FAVELLE FAVCO CRANES (M) SDN                        §
BHD, FAVELLE FAVCO HOLDINGS SDN                     §
BHD, and MUHIBBAH ENGINEERING                       §

### DISCLOSURE OF EXPERT WITNESSES OF FAVELLE FAVCO CRANES, U.S.A. INC. AND FAVELLE FAVCO CRANES (M) SDN

Defendants Favelle Favco Cranes, U.S.A. Inc. and Favelle Favco Cranes (M) SDN

hereby disclosure the attached information pursuant to Rule 26(a)(2).

Respectfully submitted,

Gary Gurwitz
S.B. # 08631000/Fed. I.D. No. 1194
Charles C. Murray
S.B. # 14719700/Fed I.D. No. 1214
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas  78502
Tele: 956/682-5501   Fax 956/686-6109

**ATTORNEY IN CHARGE FOR
DEFENDANTS**

-2-

**OF COUNSEL:**

Willem G. Schuurman
S.B. # 17855200
Brian K. Buss
S.B. # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Tele: 512/495-8400
Fax: 512/495-8612

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record, by certified mail, return receipt requested, hand delivery or fax on the 29th day of September, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520


_____
Charles C. Murray

-2-

ClibPDF - www.fastio.com