United States District Court
Southern District of Texas
FILED

OCT 13 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDH BHD | § | |

## DEFENDANTS' MOTION TO QUASH DEPOSITION
## OF TERRY QUALEY

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants FAVELLE FAVCO CRANES USA, INC. ("FFC USA") and FAVELLE FAVCO CRANES (M) SDH BHD, ("FFC Malaysia"), ask the court to quash the deposition notice of Terry Qualey.

### A. Introduction

1. FFC USA and FFC Malaysia are Defendants in this case. These parties will be collectively referred to herein as "FFC."

2. Daniel Davis ("Davis") is the Plaintiff in this case.

3. The discovery period ended in this case on September 28, 2000, however the parties agreed to continue all discovery in both this case and the companion state court case through the state-court deadline of October 13, 2000.

4. This case is set for jury selection on February 5, 2001 in this case.

## B. Facts

5.  On October 11, 2000, at 4:44 p.m., without prior notice, attorneys for Davis faxed to counsel for FFC a notice for the deposition of Terry Qualey to be taken on October 13, 2000, in Minneapolis, Minnesota at 10:00 a.m. A copy of the notice is attached hereto as Exhibit A.

6.  Terry Qualey is an expert designated by FFC in this case. FFC previously made Mr. Qualey available for deposition on October 4, 2000. All parties agreed to that date and counsel for Davis noticed Qualey's deposition for October 4, 2000. However, on October 3, 2000, counsel for Davis notified counsel for FFC by letter that he would be unable to attend the deposition because he was in trial.

## C. Argument & Authorities

7.  FFC objects to the deposition notice because it was not served on the parties a reasonable time before the deposition date. Specifically, Davis served the deposition notice on FFC at the close of the business day on October 11, 2000, less than two days before the deposition is to take place out of state. In addition to not providing a reasonable amount of time for the parties to prepare for and make arrangements to attend the deposition in Minneapolis, Minnesota, the witness, Terry Qualey, and counsel for FFC cannot be available on October 13, 2000.

8.  Further, FFC objects to rescheduling the deposition after the discovery deadline of October 13, 2000 has passed.

DAVIS  
vs.  
FFC

DEFENDANTS' MOTION TO QUASH DEPOSITION OF TERRY QUALEY  
PAGE 2

## E. CONCLUSION

9. FFC requests that Davis' notice of oral deposition of Terry Qualey should be quashed because it was served less than two days before the deposition date which is not a reasonable time before the deposition; that the witness, Terry Qualey, and counsel for FFC cannot be available on October 13, 2000 and that the deposition should not be taken after the discovery deadline of October 13, 2000 has passed.

## E. PRAYER

10. For these reasons, FFC asks the court to set its motion to quash for hearing and, after the hearing, quash Davis' deposition notice of Terry Qualey.

Respectfully submitted,

_____
Gary Gurwitz
S.B. # 08631000/S.D.O.T. I.D. No. 1194
Charles C. Murray
S.B. # 14719700/S.D.O.T. No. 1214
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas 78502
Tele: 956/682-5501   Fax 956/686-6109

**ATTORNEY IN CHARGE FOR DEFENDANTS FAVELLE FAVCO CRANES, U.S.A., INC. AND FAVELLE FAVCO CRANES (M) SDN BHD**

OF COUNSEL:

Mr. Willem G. Schuurman
Mr. Brian K. Buss
Vinson & Elkins LLP
2700 One American Center
600 Congress Avenue
Austin, Texas 78701-3200
Telephone: 512/495-8663
Telecopy: 512/236-3422

## CERTIFICATE OF CONFERENCE

The movant has attempted to confer with the respondent but respondent has refused to return movant's calls.

_____

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel on the 12 day of October, 2000, by certified mail, return receipt requested, and/or fax and/or hand delivery, as follows:

Victor Quintanilla
Ernesto Gamez, Jr.
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
Fax: 956/541-7694

_____