IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 26 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| DANIEL E. DAVIS, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDH BHD, | § |
| Defendants. | § |

## ORDER

BE IT REMEMBERED that on October 26, 2000, the Court considered Defendant Favelle Favco Cranes USA, Inc.'s Motion to Compel Plaintiff Daniel E. Davis to Respond to Defendant's First Set of Request for Production to Daniel E. Davis [Dkt. No. 25] and Defendants' Motion to Quash Deposition of Terry Qualey [Dkt. No. 31]. The Court ruled as follows:

    1.    The discovery deadline in this matter was September 28, 2000 [Dkt. No. 19]. Therefore, Defendant Favelle Favco Cranes USA, Inc.'s Motion to Compel Plaintiff Daniel E. Davis to Respond to Defendant's First Set of Request for Production to Daniel E. Davis [Dkt. No. 25] is **DENIED** as **MOOT.**

    2.    The Parties scheduled the deposition of Terry Qualey on October 4, 2000. It was canceled because Plaintiff's counsel was in trial. The discovery deadline in this matter was September 28, 2000; however, the Parties stipulated to extend the deadline to October 13, 2000. [Dkt. No. 31]. Thereafter, Plaintiff served a deposition notice on October 11, 2000, re-scheduling Qualey's deposition two days later, on October 13, 2000. Two days is an unreasonable amount of time for notice, given that Defendants and Qualey would have to make arrangements to travel out of state.

1

Therefore, the Court hereby **QUASHES** Terry Qualey's notice of deposition for lack of sufficient notice. However, the Court will allow the Parties until November 15, 2000 to depose Terry Qualey. This extension applies solely for the purpose of deposing Terry Qualey; it does not ~~not~~ apply to Defendant's Motion to Compel [Dkt. No. 25] or any other discovery, as the discovery deadline has passed.

DONE at Brownsville, Texas, this __ day of October 2000.

_____
Hilda G. Tagle
United States District Judge

2