34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL E. DAVIS | & |
| | & |
| VS. | & CIVIL ACTION B-00-003 |
| | & |
| FAVELLE FAVCO CRANES USA, INC. | & |

## OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C., VICTOR QUINTANILLA** and **ERNESTO GAMEZ, JR.** of counsel for Plaintiff **DANIEL E. DAVIS**, and file this their **Motion for Withdrawal of Counsel**, and in support of said Motion, the undersigned attorneys would respectfully show the Court as follows:

I.

1.01 **ERNESTO GAMEZ, JR., VICTOR QUINTANILLA**, and the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, agreed with **HON. AL W. PAYNE** of the law offices of **PAYNE & D'AMBROSIO, L.L.P.** (Houston, Texas) to be local counsel for Plaintiff **DANIEL E. DAVIS** since **HON. AL W. PAYNE** was the attorney of record for the Plaintiff. **MR. PAYNE** is an attorney with extensive background and experience in intellectual property law matters, including, but not limited to patent infringement matters.

1.02 On July 24, 2000, the Honorable United States District Judge Hilda G. Tagle signed an **Order** granting **Defendants' Motion to Disqualify HON. AL W. PAYNE**, Attorney for Plaintiff **DANIEL E. DAVIS**, of the law offices of **PAYNE & D'AMBROSIO, L.L.P.** located at 1700 West Loop South, Suite 1230, Houston, Texas, 77027. **HON.**

**ERNESTO GAMEZ, JR., VICTOR QUINTANILLA,** and the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.** are requesting that this Honorable Court grant this motion since **HON. AL W. PAYNE** is no longer the attorney of record for Plaintiff **DANIEL E. DAVIS.**

II.

2.01 The undersigned counsel will further show this Honorable Court that they are not patent attorneys who have experience in patent infringement cases, and are unable to continue to effectively represent Plaintiff **DANIEL E. DAVIS** in this cause of action. The undersigned counsel would show this Honorable Court that it would be in the best interest of both **MR. DAVIS** and them to withdraw as counsel for **MR. DAVIS.**

III.

3.01 Movants **ERNESTO GAMEZ, JR., VICTOR QUINTANILLA,** and the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.** further state that a copy of this Motion was forwarded to **MR. DANIEL E. DAVIS** and that he has also been informed of his right to object to this Motion.

3.02 The undersigned counsel would show this Honorable Court that Plaintiff **DANIEL E. DAVIS'** last known address is as follows:

> Mr. Daniel E. Davis
> P. O. Box 2427
> Harlingen, Texas  78551-2427

IV.

4.01 This withdrawal is not sought for delay but so that justice may be done. Good cause exists for withdrawal of Movants as counsel.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movants pray that the Court set their Motion for Withdrawal of Counsel for hearing, with notice to all parties, and at the conclusion of said hearing, the Court enter an Order granting Movants' motion in its entirety and allowing Movants to withdraw as counsel of record for Plaintiff **DANIEL E. DAVIS** in this cause, and grant such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas  78520
Telephone No.: (956) 541-3820
Facsimile No.: (956) 541-7694

BY: _/s/ Victor Quintanilla_
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id. No. 8645

VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

**OF COUNSEL FOR PLAINTIFF
DANIEL E. DAVIS**

3

## CERTIFICATE OF CONFERENCE

I, **VICTOR QUINTANILLA**, hereby certify that on this 21st day of November, 2000, I conferred with Hon. Gary Gurwitz, Attorney for Defendant **FAVELLE FAVCO CRANES USA, INC.**, and he indicated that he opposes this **Motion for Withdrawal of Counsel**.

_____
VICTOR QUINTANILLA

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 21ST day of November, 2000 a true and correct copy of the foregoing **Motion for Withdrawal of Counsel** was served in accordance with the Texas Rules of Civil Procedure to-wit:

| | |
|---|---|
| Hon. Gary Gurwitz<br>Hon. Charles C. Murray<br>**ATLAS & HALL, L.L.P.**<br>818 Pecan<br>P. O. Box 3725<br>McAllen, Texas  78502 | **VIA FAXED: (956) 686-6109** |
| Hon. Al W. Payne, J.D., Ph.D.<br>**PAYNE & D'AMBROSIO, L.L.P.**<br>1700 West Loop South, Suite 1230<br>Houston, Texas  77027 | **VIA FAXED: (713) 840-8088** |

_____
VICTOR QUINTANILLA

4