35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDN BHD | § | |

---

### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now Defendants FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDN BHD, ("Defendants"), and file this opposition to the Plaintiff's *Opposed Motion for Withdrawal of Counsel* ("Withdrawal Motion") filed by Ernesto Gamez, Jr., Victor Quintanilla and the Law Offices of Ernesto Gamez, Jr., P.C., ("Plaintiff's Attorneys"), and in support of such opposition would show the Court the following:

1.      On November 22, 2000, Defendants were served with a copy of the Withdrawal Motion asking that the Plaintiff's Attorneys be allowed to withdraw as counsel for Plaintiff because Al Payne is no longer the attorney of record for Davis and they are not patent attorneys.

2.      Defendants oppose the motion of the Plaintiff's Attorneys to withdraw from the case at this time. The background of the motion is such that it appears that the Plaintiff's

Attorneys' belated Withdrawal Motion is not only untimely and without merit but appears to be for the purpose of delaying the present February 5, 2001 trial setting in this case in order to attempt to get to trial first in a pending state court case involving the same, or substantially the same issues that are involved in this case. In support of their opposition to the Withdrawal Motion, Defendants would show to the Court as follows:

3.    The statement made in Paragraph 1.01 of the Withdrawal Motion that Plaintiff's Attorneys agreed with Al Payne to be local counsel since Al Payne was the attorney of record for Plaintiff is incorrect or misleading because it implies that Al Payne was the original attorney of record for the Plaintiff in this case, which is not so.

4.    Ernesto Gamez, Jr. and Victor Quintanilla were the attorneys of record in this case before it was removed to federal court and filed the pleading in state court which raised issues which resulted in the removal of the case to federal court on January 3, 2001.

5.    Al Payne was not an attorney of record in this case while it was pending in state court.

6.    Ernesto Gamez, Jr. and Victor Quintanilla filed the *Plaintiff's List of All Entities That are Financially Interested in this Litigation, Subject to a Motion to Remand* as counsel of record for Plaintiff on January 20, 2000, which was the first appearance in federal court by Plaintiff.   Al Payne was not named as counsel of record in this

FFC
vs.
DAVIS

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
PAGE 2

pleading. Rule 2 of the Local Rules for the Southern District of Texas provides that on first appearance through counsel, each party shall designate an attorney in charge and that signing the pleading effects designation.

7.   On February 1, 2000, Ernesto Gamez and Victor Quintanilla filed the Plaintiff's Motion to Remand as counsel of record for Plaintiff. Al Payne was not named as counsel of record in this pleading.

8.   On March 2, 2000, Ernesto Gamez and Victor Quintanilla filed the Plaintiff's Motion for Expedited Hearing on Plaintiff's Motion to Remand as counsel of record for Plaintiff. Al Payne was not named counsel of record in this pleading.

9.   Al Payne did not appear on any pleading until the Plaintiff amended his pleading in federal court on March 24, 2000, approximately three months after the case had been removed.

10.   On April 27, 2000, the Initial Pretrial Conference was held in this case and a Scheduling Order setting deadlines and a trial date of February 5, 2001, was entered.

11.   On July 24, 2000, Al Payne was disqualified by the Court. The Plaintiff's Attorneys made no attempt to withdraw from the case but proceeded as counsel of record. For approximately four months after Payne's disqualification, the Plaintiff's Attorneys filed pleadings, designated experts, supplemented disclosures, noticed and participated in depositions, including the deposition of Al Payne, and served discovery requests.

FFC
vs.
DAVIS

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
PAGE 3**

12.   Prior to filing the Withdrawal Motion, the Plaintiff's Attorneys never indicated to the Court that they claimed to be unable to effectively represent Plaintiff.

13.   Further, the Plaintiff's Attorneys did not file the Withdrawal Motion until the discovery deadline had passed.

14.   Defendants would further show to the Court that the pending state court case involving the same issues as this case was set for trial November 13, 2000. The state court case being Cause No. 1999-10-4467-C in the 197th District Court of Cameron County, Texas, styled *Favelle Favco Cranes USA, Inc. vs. Daniel E. Davis, Davisco, Inc. and Coburn International, Ltd.* The Plaintiff's Attorneys filed a Motion for Continuance a few days before the trial date in that case and the continuance was granted on November 13, 2000. The state court case has not been reset and likely will not go to trial until after the trial setting in this case. The Plaintiff's Attorneys have not filed a motion to withdraw from the state court case and their motion to withdraw in this case appears to be made for the purpose of delaying the trial in this case so the state court case can go to trial first.

15.   In addition, the Plaintiff's Attorneys did not name counsel to be substituted for the Plaintiff's Attorneys and did not aver that Davis consents to the withdrawal.

16.   Further, there are pending motions in this case including: (a) Defendant's Motion for Partial Summary Judgment filed July 31, 2000 and (b) Defendant's objections to Plaintiff's discovery served October 13, 2000.

FFC
vs.
DAVIS

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
PAGE 4

17.  Defendants assert that withdrawal by the Plaintiff's Attorneys at this late date could cause unnecessary delay to these proceedings.

18.  Wherefore, premises considered, Defendants ask the Court to deny the Opposed Motion for Withdrawal of Counsel.

Respectfully submitted,

Gary Gurwitz
State Bar # 08631000/S.D.O.T. # 1194
Charles C. Murray
State Bar # 14719700/S.D.O.T. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuuman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

**ATTORNEYS FOR FAVELLE FAVCO CRANES USA, INC. AND FAVELLE FAVCO CRANES (M) SDN BHD**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record by certified mail, return receipt requested, hand delivery and/or fax on the 28 day of November, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

FFC
vs.
DAVIS

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
PAGE 6