36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDH BHD, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on December 7, 2000, the Court considered the Opposed Motion for Withdrawal of Counsel [Dkt. No. 34] and Defendants' Opposition to Plaintiff's Opposed Motion for Withdrawal of Counsel [Dkt. No. 35], and hereby **DENIES** the Opposed Motion for Withdrawal of Counsel [Dkt. No. 34] of Plaintiff's counsel.

DONE at Brownsville, Texas, this 8 day of December 2000.

Hilda G. Tagle
United States District Judge

1