37

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

DEC 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

DANIEL E. DAVIS,                      §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §    CIVIL ACTION NO. B-00-003
                                      §
FAVELLE FAVCO CRANES USA, INC.        §
and FAVELLE FAVCO CRANES (M)          §
SDH BHD,                              §
                                      §
        Defendants.                   §

## ORDER

BE IT REMEMBERED that on December 13, 2000, the Court considered Defendant Favelle Favco Cranes USA, Inc.'s Motion for Protective Order [Dkt. No. 33]. The discovery deadline in this matter was September 28, 2000 [Dkt. No. 19]. However Defendant indicates that on November 13, 2000, Plaintiff noticed the telephonic deposition of James E. Hopkins for November 20, 2000. First, the discovery deadline in this matter of September 28, 2000 has well passed. Second, the Parties' own agreed-upon discovery deadline of October 13, 2000 has passed. Third, one week is an unreasonable amount of time for notice of a deposition, given that Hopkins is in China and counsel would have to make arrangements to prepare Hopkins, such as sending documents overseas about which he would be deposed.

This Court had already granted the Parties an extension of time until November 15, 2000 for the sole purpose of deposing Terry Qualey [Dkt. No. 32]; the order explicitly stated that the extension did not apply to any other discovery, as the discovery deadline had passed. Without considering the merits of Defendant's other arguments regarding the proper means by which Hopkins may be deposed under Chinese law, the

1

Court hereby **QUASHES** James E. Hopkins' notice of deposition.

DONE at Brownsville, Texas, this /3 day of December 2000.

Hilda G. Tagle
United States District Judge

2