38

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL E. DAVIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-003 |
| § | |
| FAVELLE FAVCO CRANES USA, INC. § | |
| and FAVELLE FAVCO CRANES (M) § | |
| SDH BHD, § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on December 19, 2000, the Court **ORDERED** Defendant Favelle Favco Cranes, USA, Inc. to submit properly authenticated exhibits for its Motion for Partial Summary Judgment and Brief in Support Thereof [Dkt. No. 28] in accordance with Fed. R. Civ. P. 56(e) by December 29, 2000; otherwise, the aforementioned documents will not be considered by the Court.

DONE at Brownsville, Texas, this 19 day of December 2000.

_____
Hilda G. Tagle
United States District Judge

1