United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 2 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL E. DAVIS,<br>    plaintiff | §<br>§<br>§ |
| v. | §     Civil Action No. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC.,<br>    defendant | §<br>§<br>§<br>§ |

### Defendant's Supplement to Motion for Partial Summary Judgment

Pursuant to the court's order of December 19, 2000, Defendant Favelle Favco Cranes USA, Inc. ("FFC") files this supplement to its previously filed motion for partial summary judgment to provide further authentication of the exhibits to such motion, as specified in the attached affidavit.

Respectfully submitted,

_____
Gary Gurwitz
State Bar No. 08631000
Southern Dist. ID No. 1194
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Attorney in charge for defendant

Of counsel:

Charles C. Murray
State Bar No. 14719700
Southern Dist. ID No. 1214
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Willem G. Schuurman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS, L.L.P.
2700 One American Center
600 Congress Ave.
Austin, Tx 78701-3200
(512) 495-8400 (phone)
(512) 495-8612 (fax)

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| DANIEL E. DAVIS,<br>    plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC.,<br>    defendant | §<br>§<br>§ | |

### Affidavit of Gary Gurwitz

Before me, the undersigned notary, personally appeared Gary Gurwitz, who being by me duly sworn, deposed and said:

1.  My name is Gary Gurwitz. I am one of the attorneys representing defendant Favelle Favco Cranes USA, Inc. ("FFC USA") in the matter referenced above and in *Favelle Favco Cranes, USA, Inc. v. Daniel E. Davis, Davisco, Inc., and Corburn International Ltd.,* originally pending as Cause No. 1999-10-4467-C in the 197th District Court of Cameron County, Texas ("the state court action"), and now pending as Case No. B-00-184 in the United States District Court, Southern District of Texas, Brownsville Division. I am above the age of eighteen, have never been convicted of a felony or crime of moral turpitude, and am competent to make this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2.  Exhibits A and B to Defendant Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof ("the summary judgment motion"), are a true and correct copy of Volumes 1 and 2 of the deposition of Daniel

E. Davis ("Davis"), plaintiff herein, styled in this action, together with the exhibits identified in and attached to such deposition. By agreement between the parties, such deposition may be used in both this action and the state court action.

3. Exhibit C to the summary judgment motion is a true and correct copy of the deposition of Cheam Tek Siong and the exhibits identified in and attached to such deposition. That deposition was taken jointly in the state court action and this action.

4. Exhibit D to the summary judgment motion is a true and correct copy of the deposition of Mac Ngan Boon and the exhibits identified in and attached to such deposition. That deposition was taken jointly in the state court action and this action.

5. Exhibit E to the summary judgment motion is a true and correct copy of the transcript of hearing on temporary injunction held in the state court action, as prepared by the court reporter of the 107th District Court of Cameron County, Texas.

6. Exhibit F to the summary judgment motion is a true and correct copy of the transcript of the Hearing on Plaintiff's Motion for Plea in Abatement and Motion for Stay Pending Resolution of Federal Proceedings, Plaintiff's Motion for Continuance on Defendants' Motion to Qualify, and Defendants' Motion to Qualify, held in the state court action, as prepared by the court reporter of the 107th District Court of Cameron County, Texas.

7. Exhibit G to the summary judgment motion is a true and correct copy of four trademark applications filed with the United States Patent and Trademark Office on

2

behalf of FFC USA for the marks "FAVELLE FAVCO" and "FAVCO," together with transmittal correspondence from attorney Alton Payne. The applications are identified by attorney Payne in the hearing on the plea in abatement (Exhibit F to the summary judgment motion) at pp. 48 - 52, et seq.

8. Exhibit H to the summary judgment motion is a true and correct copy of the Response to the United States Patent and Trademark Office in connection with the applications referenced in paragraph 7 above. The response is identified by attorney Payne in the hearing on the plea in abatement (Exhibit F to the summary judgment motion) at p. 52-54, et seq.

9. Exhibit I to the summary judgment motion is a true and correct copy of correspondence to Ms. Shirleen Lee of Muhibbah Engineering (M) BHD from attorney Alton Payne relating to the crawler cranes at issue in this litigation.

10. Exhibits J through M to the summary judgment motion are authenticated in the Affidavit of Cheam Tek Siong attached to such motion.

11. Exhibit N to the summary judgment motion is the original affidavit of Jose G. De La Cruz.

_____
Gary Gurwitz

Subscribed and sworn to before me, the undersigned notary, on December 19, 2000.

_____
Notary public, State of Texas
My commission expires:

3

DIANE HARGROVE
Notary Public,
State of Texas My
Comm. Exp. 08-03-2002

ClibPDF - www.fastio.com

## Certificate of Service

I certify that on December 20, 2000, a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
|---|---|---|
| Ernesto Gamez<br>Victor Quintanilla<br>LAW OFFICES OF ERNEST GAMEZ, P.C.<br>777 E. Harrison St.<br>Brownsville, Tx 78520 | plaintiff | hand delivery |



Gary Gurwitz