*40*

United States District Court
Southern District of Texas
FILED

DEC 2 1 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | & | |
| | & | |
| VS. | & | CIVIL ACTION B-00-003 |
| | & | |
| FAVELLE FAVCO CRANES USA, INC. | & | |

OPPOSED SECOND MOTION FOR WITHDRAWAL OF COUNSEL AND
MOTION FOR HEARING

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW, the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C., VICTOR QUINTANILLA** and **ERNESTO GAMEZ, JR.** of counsel for Plaintiff **DANIEL E. DAVIS**, hereinafter referred to as either "Movants" or "the undersigned counsel", and file this their Second Motion for Withdrawal of Counsel and Motion for Hearing, and in support of said Motion, the undersigned attorneys would respectfully show the Court as follows:

I.

1.01 On **December 8, 2000**, this Honorable Court signed an **Order** denying the **Opposed Motion for Withdrawal of Counsel** filed by Plaintiff on November 21, 2000.

1.02 The undersigned counsel will show that they agreed with **HON. ALTON W. PAYNE J.D., PH.D.** of the law offices of **PAYNE & D'AMBROSIO, L.L.P.** (Houston, Texas) to be "Of-Counsel" for Plaintiff **DANIEL E. DAVIS** since **MR. ALTON W. PAYNE** was the attorney-in-charge for the Plaintiff. **MR. PAYNE** is an attorney with extensive background and experience in intellectual property law matters, including, but not limited to patent infringement

matters.

1.03 On July 24, 2000, this Honorable Court signed an **Order** granting Defendants' Motion to Disqualify **HON. ALTON W. PAYNE**, Attorney in Charge for Plaintiff **DANIEL E. DAVIS**. The undersigned counsel of the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.** respectfully request that this Honorable Court grant this motion since **MR. PAYNE** is no longer the Attorney-in-Charge for Plaintiff **DANIEL E. DAVIS**.

1.04 The undersigned counsel would further show this Honorable Court that they do not maintain a law practice in intellectual property matters and have no experience in patent infringement cases, and are unable to continue to effectively represent Plaintiff **DANIEL E. DAVIS** in this civil action. The undersigned counsel would also show this Honorable Court that it would be in the best interest of **MR. DAVIS** for them to withdraw as counsel for **MR. DAVIS**.

1.05 The undersigned counsel would further show the Court that they do not wish to either violate or potentially violate **Rule 1.01(a) of the Texas Disciplinary Rules of Professional Conduct** by remaining Of-Counsel for **MR. DAVIS** in this civil action.

1.06 Rule 1.01(a) of the Texas Disciplinary Rules of Professional Conduct reads as follows:

> "**RULE 1.01 COMPETENT AND DILIGENT REPRESENTATION**
>
> (a) A lawyer shall not accept or continue employment in a legal matter which the **lawyer knows** or **should know is beyond the lawyer's competence**, ..." (Emphasis added)

II.

2.01 Movants **ERNESTO GAMEZ, JR., VICTOR QUINTANILLA,** and the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.** further state that **MR. DAVIS** was informed via telephone of the anticipated filing of this Motion, and **MR. DAVIS** advised the undersigned counsel that he has no objection to either the filing of this Motion or to this Honorable Court allowing the undersigned counsel to withdraw as Of Counsel for him in this civil action.

2.02 Movants will further show the Court that Plaintiff has signed an Affidavit stating that he was advised by the undersigned counsel of the filing of this Motion and that he is not opposed to this Motion. A true and correct copy of said **Affidavit** is attached hereto as **Exhibit "A"**, and incorporated by reference the same as if fully copied and set forth at length.

2.03 The undersigned counsel would show this Honorable Court that Plaintiff **DANIEL E. DAVIS'** last known address is as follows:

Mr. Daniel E. Davis
800 Wilcrest, Suite 160
Houston, Texas  77042

III.

3.01 The undersigned counsel further request that this **Second Motion for Withdrawal of Counsel** be set for a hearing before this Honorable Court to fully address the Court in this matter, and answer any questions from this Honorable Court.

IV.

4.01 This withdrawal is not sought for delay but so that justice may be done. Good cause exists for withdrawal of Movants as Of Counsel for **MR. DAVIS** as set forth in the foregoing paragraphs.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movants respectfully pray that the Court set their Motion for Withdrawal of Counsel for hearing, with notice to all parties, and at the conclusion of said hearing, the Court enter an Order granting Movants' **Motion for Withdrawal of Counsel** in its entirety and allowing Movants to withdraw as Of Counsel for Plaintiff **DANIEL E. DAVIS** in this civil action for the reasons set forth herein, and grant such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF**
**ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas  78520
Telephone No.: (956) 541-3820
Facsimile No.: (956) 541-7694

BY: */s/ Victor Quintanilla*
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id. No. 8645

VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

**OF COUNSEL FOR PLAINTIFF**
**DANIEL E. DAVIS**

4

## CERTIFICATE OF CONFERENCE

I, **VICTOR QUINTANILLA**, hereby certify that on this 21st day of December, 2000, I conferred with Hon. Gary Gurwitz, Attorney-in-Charge for Defendant **FAVELLE FAVCO CRANES USA, INC.** about the contents and the filing of this **Second Motion for Withdrawal of Counsel and Motion for Hearing**, and he indicated that he opposes this Second Motion for Withdrawal of Counsel and Motion for Hearing.

_____
VICTOR QUINTANILLA

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 21st day of December, 2000 a true and correct copy of the foregoing **Opposed Second Motion for Withdrawal of Counsel and Motion for Hearing** was served in accordance with the Texas Rules of Civil Procedure to-wit:

Hon. Gary Gurwitz                                     **VIA FAX: (956) 686-6109**
Hon. Charles C. Murray
ATLAS & HALL, L.L.P.
818 Pecan
P. O. Box 3725
McAllen, Texas  78502

_____
VICTOR QUINTANILLA

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DANIEL E. DAVIS &
&
VS. & CIVIL ACTION B-00-003
&
FAVELLE FAVCO CRANES USA, INC. &

### AFFIDAVIT OF DANIEL E. DAVIS

**STATE OF TEXAS** &
&
**COUNTY OF HARRIS** &

**BEFORE ME**, the undersigned authority, personally appeared, **DANIEL E. DAVIS**, who, by me duly sworn, deposed as follows:

"My name is **DANIEL E. DAVIS**. I am over twenty-one (21) years of age. I am of sound mind and capable of making this affidavit, and have personal knowledge of the facts stated herein.

I was advised by the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, **ERNESTO GAMEZ, JR.**, and **VICTOR QUINTANILLA** of the filing of their **Motion for Withdrawal of Counsel** in the above-styled and numbered cause.

I was further fully explained by **ERNESTO GAMEZ, JR.**, and **VICTOR QUINTANILLA**, before the filing of their **Motion for Withdrawal of Counsel**, that they are neither patent attorneys nor are they experienced in patent law. I hereby state that I am currently seeking an attorney to handle my patent infringement claims in the above-styled and numbered civil action.

I further state that **AL W. PAYNE, J.D., Ph.D.** was my attorney of record in this cause of action. **MR. PAYNE** of the law offices of **PAYNE & D'AMBROSIO, L.L.P.** (Houston, Texas) requested that the **LAW**



OFFICES OF ERNESTO GAMEZ, JR., ERNESTO GAMEZ, JR., and VICTOR QUINTANILLA be local counsel for him in the patent infringement case. MR. PAYNE is no longer able to represent me in this civil action since he was disqualified by the Court, thus leaving the LAW OFFICES OF ERNESTO GAMEZ, JR., P.C., ERNESTO GAMEZ, JR., and VICTOR QUINTANILLA as the attorneys of record. However, I would like the Court to afford me the opportunity to retain an attorney who specializes in intellectual property matters and/or patent law to represent me in this civil action.

I also state that I have no objection to either MR. GAMEZ or MR. QUINTANILLA or the LAW OFFICES OF ERNESTO GAMEZ, JR., P.C. filing a **Motion to Withdraw as Counsel** in this civil action or to the Court allowing them to withdraw as Counsel in this civil action.

I further state that I have no objection to either MR. GAMEZ or MR. QUINTANILLA or the LAW OFFICES OF ERNESTO GAMEZ, JR., P.C. filing a **Plea in Abatement and Motion for Stay Pending Resolution of First Filed Claims** in this civil action.

Further affiant sayeth not."

_____
DANIEL E. DAVIS

SUBSCRIBED AND SWORN TO BEFORE ME on the 20th day of December, 2000, to certify which witness my hand and official seal.


Notary Public, State of Texas


TAMEKA D. WATT
MY COMMISSION EXPIRES
JULY 14, 2003