42

United States District Court
Southern District of Texas
FILED

DEC 29 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDN BHD | § | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
OPPOSED SECOND MOTION FOR WITHDRAWAL OF COUNSEL
AND MOTION FOR HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now Defendants FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDN BHD, ("Defendants"), and file this opposition to the Plaintiff's *Opposed Second Motion for Withdrawal of Counsel* filed by Ernesto Gamez, Jr., Victor Quintanilla and the Law Offices of Ernesto Gamez, Jr., P.C., and in support of such opposition would show the Court the following:

1. On December 8, 2000, the Court denied the Plaintiff's first *Opposed Motion for Withdrawal of Counsel*. In Plaintiff's *Second Opposed Motion for Withdrawal of Counsel* no new points were raised and no additional grounds were stated. It is clear that the belated motion to withdraw is for the purpose of postponing the February 5, 2001 trial setting. Rule 2 D of the Local Rules for the Southern District of Texas does not countenance delay because of a change in counsel.

2. A state court case, involving all or substantially all of the same parties and the same issues has been pending in the 197th District Court of Cameron County, Texas bearing Cause No. 1999-10-4467-C and styled *Favelle Favco Cranes USA, Inc. vs. Daniel E. Davis, Davisco, Inc. and Coburn International, Ltd.* That case was set for trial November 13, 2000, but was continued at the request of these same attorneys for Davis alleging the need to bring in additional parties. The addition of these parties triggered removal of the state court case on December 4, 2000, because of patent infringement claims. This second removed case is now pending in the United States District Court for the Southern District of Texas, Brownsville Division bearing Civil Action No. B-00-184.

3. Movants in this court are the same attorneys representing Daniel E. Davis and his related companies in the state-court case that was removed because of allegations of patent infringement. Davis' attorneys did not attempt to withdraw from the then state court case on the basis of lack of experience in patent law but rather obtained a continuance based, in part, on matters that involved those issues.

4. As previously pointed out to this Court in Defendants' original opposition to Movants' first motion to withdraw, Al Payne was disqualified by this Court on July 25, 2000. The first motion to withdraw as attorneys was not filed until November 21, 2000. In the interim a great deal of discovery and pleadings transpired in this case and contemporaneously in the state court case (now removed to the Brownsville Division) and involved facts relevant to all issues pending in the two cases, including patent and patent infringement issues. In

DAVIS
vs.
FFC

DEFENDANTS' OPPOSITION TO PLAINTIFF'S OPPOSED SECOND
MOTION FOR WITHDRAWAL OF COUNSEL AND MOTION FOR HEARING
PAGE 2

addition, experts were designated and reports were produced by Davis' attorneys in this case after Payne's disqualification.

5. In the Affidavit of Daniel E. Davis ostensibly in support of Movants' motion to withdraw, Mr. Davis states that he has no objection to his present attorneys filing a plea in abatement and motion for stay in this case. It appears that such motions are a part of Movant's game plan to delay the trial of this case set to begin on February 5, 2001 pursuant to this Court's Scheduling Order of May 4, 2000.

WHEREFORE, PREMISES CONSIDERED, in view of the fact that Movants have raised nothing new in their second motion to withdraw, such motion is untimely and inappropriate, and there is no need for oral argument, Defendants respectfully request that the *Opposed Second Motion for Withdrawal of Counsel and Motion for Hearing* be denied.

Respectfully submitted,

_____
Gary Gurwitz
State Bar # 08631000/S.D.O.T. # 1194
Charles C. Murray
State Bar # 14719700/S.D.O.T. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuuman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

DAVIS
vs.
FFC

DEFENDANTS' OPPOSITION TO PLAINTIFF'S OPPOSED SECOND
MOTION FOR WITHDRAWAL OF COUNSEL AND MOTION FOR HEARING
PAGE 3

          **ATTORNEYS FOR FAVELLE FAVCO CRANES USA, INC. AND FAVELLE FAVCO CRANES (M) SDN BHD**

---

DAVIS  
vs.  
FFC

DEFENDANTS' OPPOSITION TO PLAINTIFF'S OPPOSED SECOND MOTION FOR WITHDRAWAL OF COUNSEL AND MOTION FOR HEARING  
PAGE 4

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record by certified mail, return receipt requested, on the 28th day of December, 2000, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

_____

DAVIS
vs.
FFC

DEFENDANTS' OPPOSITION TO PLAINTIFF'S OPPOSED SECOND
MOTION FOR WITHDRAWAL OF COUNSEL AND MOTION FOR HEARING
PAGE 5