United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 29 2000

Michael N. Milby
Clerk of Court

DANIEL E. DAVIS, §
  plaintiff §
§
v. § Civil Action No. B-00-003
§
FAVELLE FAVCO CRANES USA, INC., §
  defendant §

## Defendant's Second Supplement to
## Motion for Partial Summary Judgment

Pursuant to the court's order of December 19, 2000, Defendant Favelle Favco Cranes USA, Inc. ("FFC") files this second supplement to its previously filed Defendant Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof to provide further authentication of the exhibits to such motion. The documents referenced in that motion for partial summary judgment are further identified and authenticated in the depositions to which they are attached and/or by affidavits attached to the motion, as shown in the attached chart.

In providing this supplement and the initial supplement to its partial summary judgment motion, FFC has further authenticated the documents as attached to the partial summary judgment motion, and/or has identified where in the depositions that such documents are authenticated, rather than re-filing additional copies of the same documents. FFC believes that this suffices to comply with the court's order that FFC "submit" properly authenticated exhibits, but FFC would be happy to provide a separate filing if the court so desires.

Wherefore, premises considered, defendant FFC requests that the motion for partial summary judgment be granted. FFC requests such other and further relief to which it may be entitled, at law or in equity.

        Respectfully submitted,

Gary Gurwitz
State Bar No. 08631000
Southern Dist. ID No. 1194
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Attorney in charge for defendant

Of counsel:

Charles C. Murray
State Bar No. 14719700
Southern Dist. ID No. 1214
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Willem G. Schuurman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS, L.L.P.
2700 One American Center
600 Congress Ave.
Austin, Tx 78701-3200
(512) 495-8400 (phone)
(512) 495-8612 (fax)

2

| Motion Exhibit No. | Document | Identified and authenticated at: |
|---|---|---|
| A2 | Draft shareholders' agreement | Vol. 1 Deposition of Daniel Davis (Attachment A to Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof ("motion") at 19-21 |
| A3 | Employment contract | Vol. 1 Deposition of Daniel Davis (Attachment A to motion) at 21-22 |
| A4 | Agreement between FFC USA and ECCON | Vol. 1 Deposition of Daniel Davis (Attachment A to motion) at 157-58 |
| A5 | Agreement between FFC USA and Caterpillar | Vol. 1 Deposition of Daniel Davis (Attachment A to motion) at 161-63 |
| A6 | Agreement between FFC USA and Caterpillar | Vol. 1 Deposition of Daniel Davis (Attachment A to motion) at 163-64 |
| A9 | Agreement between FFC USA and Orgeron | Vol. 1 Deposition of Daniel Davis (Attachment A to motion) at 181 |
| B29 | Correspondence, Davis to Muhibbah | Vol. 2 Deposition of Daniel Davis (Attachment B to motion) at 55-56 |
| C32 | Correspondence, Michael Chen & Lee to FFC USA | Deposition of Cheam Tek Siong (Attachment C to motion) at 166-67 |
| G & H | Trademark applications and Response by FFC USA to United States Patent and Trademark Office regarding trademark applications | Previously filed as Exhibit PX-6 to FFC USA's Opposed Motion to Disqualify Al Payne and Firm as Counsel for Plaintiff. The excerpts from the court reporter's record of a hearing held in *Favelle Favco Cranes USA, Inc. v. Daniel E. Davis, Davisco, Inc. and Coburn International, Ltd.,* Cause No. 1999-10-4467-C in the 197th District Court, Cameron County Texas were authenticated by affidavit attached to the motion to disqualify (Payne was disqualified by court order of July 25, 2000) |

3

| Motion Exhibit No. | Document | Identified and authenticated at: |
|---|---|---|
| I | Correspondence, Payne to Muhibbah (Shirleen Lee) | Previously filed as Exhibit 1B to FFC USA's Opposed Motion to Disqualify Al Payne and Firm as Counsel for Plaintiff; the excerpts from the court reporter's record were authenticated by affidavit attached to the motion to disqualify. |
| J | Correspondence, Davis to Cheam Tek Siong | Affidavit of Cheam Tek Siong, attached to Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof |
| K | Correspondence, FFC to Davis | Affidavit of Cheam Tek Siong, attached to Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof |
| L | Photographs of Con Expo Display | Affidavit of Cheam Tek Siong, attached to Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof |
| M | Distribution Agreement between FFC USA and Mustang | Affidavit of Cheam Tek Siong, attached to Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof |
| N | Affidavidavit of Jose G. De La Cruz | Original affidavit filed with Favelle Favco Cranes, USA's Motion for Partial Summary Judgment, and Brief in Support Thereof |

## Certificate of Service

I certify that on December 28, 2000, a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
|---|---|---|
| Ernesto Gamez<br>Victor Quintanilla<br>LAW OFFICES OF ERNEST GAMEZ, P.C.<br>777 E. Harrison St.<br>Brownsville, Tx 78520 | plaintiff | certified mail, return receipt requested |

Gary Gurwitz

ClibPDF - www.fastio.com