United States District Court
Southern District of Texas
FILED

JAN 0 3 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **DANIEL E. DAVIS** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-00-003** |
| | § | |
| **FAVELLE FAVCO CRANES, U.S.A. INC.,** | § | |
| **and FAVELLE FAVCO CRANES (M) SDN** | § | |
| **BHD** | § | |

---

## DEFENDANT'S THIRD SUPPLEMENT TO
## MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Pursuant to the Court's order of December 19, 2000, Defendant Favelle Favco Cranes

USA, Inc. ("FFC"), files this third supplement to its previously filed motion for partial

summary judgment to provide further authentication of the exhibits to such motion, as

specified in the attached affidavit.

Respectfully submitted,

Gary Gurwitz
State Bar No. 08631000
Southern Dist. I.D. # 1194
Charles C. Murray
State Bar No. 14719700
Southern Dist. I.D. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuuman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

By: _____

**ATTORNEYS FOR FAVELLE FAVCO
CRANES USA, INC.**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record by certified mail, return receipt requested, hand delivery and/or fax on the ___3d___ day of January, 2001, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520

_____



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **DANIEL E. DAVIS** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-00-003** |
| | § | |
| **FAVELLE FAVCO CRANES, U.S.A. INC.,** | § | |
| **and FAVELLE FAVCO CRANES (M) SDN** | § | |
| **BHD** | § | |

---

## AFFIDAVIT OF GARY GURWITZ

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

Before me, the undersigned notary, on this day, personally appeared GARY GURWITZ, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1.  My name is Gary Gurwitz. I am above the age of eighteen, have never been convicted of a felony or crime of moral turpitude, and am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.  I am one of the attorneys representing defendant Favelle Favco Cranes USA, Inc. ("FFC USA") in the above-captioned matter and in Favelle Favco Cranes, USA, Inc. vs. Daniel E. Davis, Davisco, Inc. and Coburn International Ltd., originally pending as Cause No. 1999-10-4467-C in the 197th District Court of Cameron County, Texas ("the state court action"), and now pending as Civil Action No. B-00-184 in the United States District Court for the Southern District of Texas, Brownsville Division.

3.  The attached Volume 1 of the oral and videotaped deposition of Daniel E. Davis taken May 11, 2000, is the fully-executed original of said deposition referenced as Exhibit A to FFC USA's Motion for Partial Summary Judgment, and Brief in Support Thereof.

4.  The attached Volume 2 of the oral and videotaped deposition of Daniel E. Davis taken May 12, 2000, is the fully-executed original of said deposition referenced as Exhibit B to FFC USA's Motion for Partial Summary Judgment, and Brief in Support Thereof.

5.  The attached oral deposition of Cheam Tek Siong taken July 11, 2000 is a true and correct certified copy of said deposition with signature page attached referenced as Exhibit C to FFC USA's Motion for Partial Summary Judgment, and Brief in Support Thereof.

6.  The attached oral deposition of Mac Ngan Boon taken July 12, 2000 is a true and correct certified copy of said deposition with signature page attached referenced as Exhibit D to FFC USA's Motion for Partial Summary Judgment, and Brief in Support Thereof.



Gary Gurwitz

SWORN TO and SUBSCRIBED before me by Gary Gurwitz on the 3rd day of January, 2001.

DIANE HARGROVE
Notary Public,
State of Texas My
Comm. Exp. 08-03-2002

Notary Public in and for the State of Texas

My Commission expires: 8-3-02

FFC
vs.
DAVIS

**AFFIDAVIT OF GARY GURWITZ**
**PAGE 2**