United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDH BHD, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 9, 2001 the Court wished to consider "Issues to be incorporated in the new Shareholders Agreement for FFC-USA", Exhibit 3 to Plaintiff's Original Petition and Application for Temporary Restraining Order in the 107th Judicial District Court of Cameron County [see Dkt. No. 1]. However, this document has not been properly authenticated. Therefore, in the interest of justice, the Plaintiff is hereby **ORDERED** to submit proper authentification for this document pursuant to Fed. R. Civ. P. 56(e) by Tuesday, January 16, 2001; otherwise, the Court cannot consider the document when passing upon the merits of the pending Motion for Partial Summary Judgment and Brief in Support Thereof of Defendant Favelle Favco Cranes, USA [Dkt. No. 28].

DONE at Brownsville, Texas, this 9th day of January 2001.

Hilda G. Tagle
United States District Judge