United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL E. DAVIS | & |
| | & |
| | & CIVIL ACTION NO. B-00-003 |
| V. | & |
| | & |
| FAVELLE FAVCO CRANES USA, INC. | & |

## NOTICE OF FILING OF AUTHENTICATED RECORDS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Plaintiff **DANIEL E. DAVIS** in the above-styled and numbered civil action, and hereby files the authenticated records in compliance with the Order entered by this Honorable Court on January 9, 2001 in the above-styled and civil action matter, and shows the Court as follows:

I.

1.01 On **January 9, 2001**, the United States District District Judge Hilda G. Tagle entered an Order. A true and correct copy of said Order is attached hereto as **Exhibit "A"**, and incorporated herein by reference the same as if fully copied and set forth at length.

1.02 The Honorable Judge Hilda G. Tagle ordered proper authentication of the document entitled, "**Issues to be Incorporated in the New Shareholders Agreement for FFC-USA**", Exhibit 3 to Plaintiff's Original Petition and Application for Temporary Restraining Order in the 107th Judicial District Court of Cameron County pursuant to Fed. R. Civ. P. 56(e) by **Tuesday, January 16, 2001.**

1.03 The undersigned counsel hereby complies with the aforementioned Order, and attaches hereto the following affidavits:

    a.    **Affidavit of Victor Quintanilla dated January 16, 2001**; and

    b.    **Affidavit of Daniel E. Davis dated January 16, 2001.**

Respectfully submitted,

**LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**

BY: _/s/ Victor Quintanilla_
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id. No. 8645

VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

OF COUNSEL FOR PLAINTIFF
DANIEL E. DAVIS

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 16th day of January, 2001 a true and correct copy of the foregoing **Notice of Filing of Authenticated Records** was served in accordance with the Texas Rules of Civil Procedure to-wit:

Hon. Gary Gurwitz  
Hon. Charles C. Murray  
ATLAS & HALL, L.L.P.  
818 Pecan  
P. O. Box 3725  
McAllen, Texas  78502

**VIA FAX: (956) 686-6109**
**& VIA FIRST CLASS MAIL**

_/s/ Victor Quintanilla_
VICTOR QUINTANILLA

2