56

United States District Court
Southern District of Texas
FILED

FEB 01 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A. INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN | § | |
| BHD, FAVELLE FAVCO HOLDINGS SDN | § | |
| BHD, and MUHIBBAH ENGINEERING | § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § | |
| | § | |
| vs. | § | |
| | § | |
| DANIEL E. DAVIS, DAVISCO, INC. and | § | |
| COBURN INTERNATIONAL | § | CIVIL ACTION NO. B-00-184 |
| | § | |
| vs. | § | |
| | § | |
| FAVELLE FAVCO CRANES USA, | § | |
| INC., FAVELLE FAVCO CRANES | § | |
| (M) SDN BHD, and FAVELLE FAVCO | § | |
| HOLDINGS SDN BHD | § | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S LIST OF WITNESSES

NOW COME FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDN. BHD. ("the Favco Parties"), the defendants in the above-styled and numbered cause, and file this, their Objections to Plaintiff's List of Witnesses, and in connection therewith would respectfully show unto the Court the following:

I.

The Favco Parties make the following objections to the witnesses listed by the plaintiff:

(1)     **Daniel E. Davis** - The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because he was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(2)     **Keith Orgeron** - The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because the Favco Parties have not been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(3)     **Greta Sullivan** -The Favco Parties object to this witness to the extent that she attempts to testify as an expert witness because she was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(4)     **Willie C. Jones** -The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because he was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(5)     **Andres Garcia** - The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because he was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report

from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(6)   **Ernesto Gamez** -The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because the Favco Parties have not been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(7)   **Alton W. Payne** - The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because the Favco Parties have not been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(8)   **Jim Rusk** -The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because he was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(9)   **Jim Hopkins** - The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because he was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report from this witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(10)   **Joe Conway** - The Favco Parties object to this witness to the extent that he attempts to testify as an expert witness because he was never designated as nor disclosed to be an expert witness nor have the Favco Parties been furnished with a report from this

witness as an expert, all as required by pretrial/discovery orders of the state and federal courts.

(11) **Dennis Sanchez** - The Favco Parties object to this witness because he has never been designated as a witness with knowledge of relevant facts. This witness is an attorney for one or more of the Favco Parties, representing them in matters involved in this case, and any testimony would violate the attorney-client privilege, privileges of confidentiality and the attorney work product privilege. The Favco Parties should not be placed in a position to object to testimony of their attorney or to cross-examine him. The plaintiff has attempted to have Alton W. Payne act as attorney of record but he was disqualified. If the plaintiff is allowed to call Dennis Sanchez as a witness, it is an attempt to violate applicable privileges notwithstanding the Davis Parties protestations to the contrary.

(12) **Loren Helmreich** - The Favco Parties object to this witness because he is proffered as an expert, but his testimony does not meet the requirements of amended Rule 702, Federal Rules of Evidence. Specifically, Helmreich does not offer scientific, technical or other specialized knowledge that will assist the trier of fact, his testimony is not based upon sufficient facts or data, his testimony is not the product of reliable principles and methods, and he has not applied reliable principles and methods to the facts of this case. In addition, Helmreich did not give a proper report under Rule 26 of the Federal Rules of Civil Procedure.

(13) **Stephen M. Horner** - The Favco Parties object to this witness because he is proffered as an expert, but his testimony does not meet the requirements of amended Rule

702, Federal Rules of Evidence. Specifically, Horner's testimony is not based upon sufficient facts or data.

II.

The undersigned has conferred with opposing counsel and he is opposed/~~unopposed~~ to this motion.

WHEREFORE, PREMISES CONSIDERED the defendants pray that these witnesses be struck, and for such other and further relief to which they may be entitled.

Respectfully submitted,

By: _____
Gary Gurwitz
U.S.D.C. No. 1194
State Bar No. 08631000
ATTORNEYS IN CHARGE FOR PLAINTIFF,
FAVELLE FAVCO CRANES USA, INC.
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Drawer 3725
McAllen, Texas  78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

OF COUNSEL:

Charles C. Murray
U.S.D.C. No. 1214
State Bar No. 14719700
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Drawer 3725
McAllen, Texas  78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

Case 1:00-cv-00003   Document 56   Filed in TXSD on 02/01/2001   Page 6 of 6

Willem G. Schuurman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS L.L.P.
2700 One American Center
600 Congress Avenue
Austin, Texas 78701-3200
Telephone: 512/495-8663
Telecopy: 512/236-3422

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by hand delivery, on this the 1st day of February, 2001, to opposing counsel as follows:

Mr. Ernesto Gamez, Jr.
Mr. Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

_____
Gary Gurwitz

-6-