United States District Court
Southern District of Texas
FILED

FEB 0 1 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES, U.S.A. INC., FAVELLE FAVCO CRANES (M) SDN BHD, FAVELLE FAVCO HOLDINGS SDN BHD, and MUHIBBAH ENGINEERING | § § § § § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § § | |
| vs. | § § | |
| DANIEL E. DAVIS, DAVISCO, INC. and COBURN INTERNATIONAL | § § § | CIVIL ACTION NO. B-00-184 |
| vs. | § § | |
| FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD, and FAVELLE FAVCO HOLDINGS SDN BHD | § § § § | |

## MOTION IN LIMINE

NOW COME FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDN. BHD. (hereinafter referred to as Movants), the defendants in the above-styled and numbered cause, and file this, their Motion in Limine, and in connection therewith would respectfully show unto the Court the following:

I.

Movants move the Court to instruct opposing counsel not to prove or attempt to prove, or refer to, or interrogate concerning, or to mention in voir dire examination of the jury, or to refer to or allude to at any time, in any way, shape, form or manner in the

presence of the jury or attempt to place before the jury either directly or indirectly, without first approaching the bench out of the hearing and presence of the jury and then and there advising the Court on such question, any of the following matters:

1. Any evidence regarding any actual or threatened civil suits or claims (except the suit in question).

2. That this motion was made or that Movants have attempted to keep evidence from the jury.

3. Any motions to produce or requests for documents in front of the jury.

4. Any testimony offered by Daniel E. Davis inconsistent with or attempting to vary the terms of the employment contract and alleged shareholders agreement attached as Exhibits 2 and 3 to the deposition of Daniel E. Davis, respectively, including but not limited to any documents or conversations concerning the proposed purchase by Daniel E. Davis of shares of Movant held by Favelle Favco Holdings SDN BHD.

5. Any testimony regarding economic damages.

6. Any accidents involving or defects in cranes other than the cranes at issue in this suit.

7. Any opinion testimony from any witness not properly disclosed as an expert witness.

8. Any opinions of an expert witness not contained in the timely submitted report of such witness.

9. Any testimony from witnesses not identified in response to discovery requests.

10. Any reference to the financial status, net worth or income of any person or entity not a party to this suit.

11. Any reference or argument about failure to call any witness to testify in this case.

12. Any evidence of offers to settle or compromise any of the disputes at issue in this case.

13. Any suggestion that a corporation should be treated differently from or is not entitled to the same fair trial as an individual.

II.

The undersigned has conferred with opposing counsel and he is opposed/~~unopposed~~ to this motion.

WHEREFORE, PREMISES CONSIDERED, Movants pray that this Motion in Limine be granted and that they receive such other and further relief to which they may be entitled.

Respectfully submitted,

By: _____
Gary Gurwitz
U.S.D.C. No. 1194
State Bar No. 08631000
ATTORNEYS IN CHARGE FOR PLAINTIFF,
FAVELLE FAVCO CRANES USA, INC.
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Drawer 3725
McAllen, Texas 78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

OF COUNSEL:

Charles C. Murray
U.S.D.C. No. 1214
State Bar No. 14719700
ATLAS & HALL, L.L.P.
818 Pecan/P.O. Drawer 3725
McAllen, Texas 78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

Willem G. Schuurman
State Bar No. 17855200
Brian K. Buss
State Bar No. 00798089
VINSON & ELKINS L.L.P.
2700 One American Center
600 Congress Avenue
Austin, Texas 78701-3200
Telephone: 512/495-8663
Telecopy: 512/236-3422

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by hand delivery, on this the 1st day of February, 2001, to opposing counsel as follows:

Mr. Ernesto Gamez, Jr.
Mr. Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

_____
Gary Gurwitz

-4-