

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDH BHD, | § | |
| Defendants | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| Plaintiff, | § | |
| v. | § | |
| DANIEL E. DAVIS, DAVISCO INC., and COBURN INTERNATIONAL | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that during Final Pre-trial Conference on February 1, 2001, the Court **NOTIFIED** the Parties that it would consider ordering summary judgment sua sponte. The Favelle Favco parties were given until Thursday, February 15, 2001 to brief the issues of

1) whether the Shareholder's Agreement was valid under the Statute of Frauds, and

2) how that would affect the determination of patent ownership rights, if at all,

vis a vis Mr. Davis' fiduciary duties, shop rights, or other theories. The Davis parties were given until Thursday, February 22, 2001 to brief the same issues. The Court will render its decision by Wednesday, February 28, 2001.

DONE at Brownsville, Texas, this 2 day of February 2001.

_____
Hilda G. Tagle
United States District Judge