59

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DANIEL E. DAVIS | § |
| | § |
| versus | §    CIVIL ACTION  B-00-003 |
| | § |
| FAVELLE FAVCO CRANES USA, INC. | § |

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 1:30 p.m. on:    __3-1-01__

2. Jury selection is reset for 9:00 a.m. on:    __3-5-01__
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed __February 5__, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge