United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| FAVELLE FAVCO CRANES (M) | § | |
| SDN BHD, AND FAVELLE FAVCO | § | |
| HOLDINGS SDN BHD | § | |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF/COUNTER-PLAINTIFFS' REQUEST FOR AUTHENTICATION OF DEFENDANTS' EXHIBITS AS LISTED ON THE AMENDED EXHIBIT LIST ATTACHED TO THE AMENDED JOINT PRETRIAL ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants FAVELLE FAVCO CRANES, U.S.A., INC., FAVELLE FAVCO CRANES (M) SDN BHD and FAVELLE FAVCO HOLDINGS SDN BHD, ("Defendants"), file this motion in response to Plaintiff/Counter-Plaintiffs DANIEL E. DAVIS, DAVISCO, INC. AND COBURN INTERNATIONAL LTD.'S, ("Plaintiffs"), *Objections to and Request for Authentication of Defendants' Exhibits as Listed on the Amended Exhibit List Attached to the Amended Joint Pretrial Order* and in support thereof would respectfully show unto the Court the following:

1. This motion is limited to Plaintiffs' request for authentication of exhibits. Defendants do not attempt to respond to Plaintiffs' objections at this time.

2. The parties exchanged their respective amended exhibit lists and exhibits on February 1, 2001.

3. Rule 11(A) of the Local Rules for the Southern District of Texas and ¶ 11(B) of this Court's *Civil Procedures* states that a party requiring authentication of an exhibit must notify the

offering party in writing within five (business) days after the exhibit is listed and made available.

4. The five-day deadline was February 8, 2001.

5. Plaintiffs failed to notify Defendants in writing of their request for authentication of any exhibits within the five-day deadline.

6. Defendants received Plaintiffs' request for authentication on February 14, 2001.

7. Plaintiffs' request for authentication is untimely and their failure to notify Defendants' counsel within the five-day deadline is an admission of the authenticity of the exhibits.

8. WHEREFORE, PREMISES CONSIDERED, Defendants ask the Court to strike as untimely Plaintiff/Counter-Plaintiffs' Request for Authentication of Defendants' Exhibits as Listed on the Amended Exhibit List Attached to the Amended Joint Pretrial Order, deem Defendants' exhibits authenticated, and for such other and further relief, at law or in equity, to which Defendants may show themselves entitled.

Respectfully submitted,

_____
Gary Gurwitz, Attorney in Charge
State Bar No. 08631000
Southern Dist. I.D. #1194
Charles C. Murray
State Bar No. 14719700
Southern Dist. I.D. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

**ATTORNEYS FOR FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD AND FAVELLE FAVCO HOLDINGS SDN BHD**

---

DAVIS vs. FFC

DEFENDANTS' MOTION TO STRIKE PLAINTIFF/COUNTER-PLAINTIFFS' REQUEST FOR AUTHENTICATION OF DEFENDANTS' EXHIBITS AS LISTED ON THE AMENDED EXHIBIT LIST ATTACHED TO AMENDED JOINT PRETRIAL ORDER
PAGE 2

OF COUNSEL:

Willem G. Schuurman  
State Bar No. 17855200  
Brian K. Buss  
State Bar No. 00798089  
VINSON & ELKINS, L.L.P.  
600 Congress Avenue, Suite 2700  
Austin, Texas 78701  
Telephone: 512/495-8400  
Fax: 512/495-8612

## CERTIFICATE OF CONFERENCE

The movant has conferred with the respondent regarding this motion and counsel cannot agree about the disposition of the motion.

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record by certified mail, return receipt requested, hand delivery and/or fax on the __20__ day of February, 2001, as follows:

    Ernesto Gamez, Jr.  
    Victor Quintanilla  
    Law Offices of Ernesto Gamez, Jr., P.C.  
    777 E. Harrison Street  
    Brownsville, Texas 78520



DAVIS    FAVELLE FAVCO CRANES USA, INC,'S OBJECTIONS TO AND REQUESTS FOR AUTHENTICATION OF  
VS.    PLAINTIFF'S EXHIBITS AS LISTED ON EXHIBIT LIST ATTACHED TO JOINT PRETRIAL ORDER  
FFC    PAGE 3