United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., and FAVELLE CRANES (M) SDN BHD, | § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § | |
| VS. | § | |
| DANIEL E. DAVIS, DAVISCO INC. and COBURN INTERNATIONAL | § | CIVIL ACTION NO. B-00-184 |
| VS. | § | |
| FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD, and FAVELLE FAVCO HOLDINGS SDN BHD | § | |

**MOTION FOR LEAVE TO FILE SUPPLEMENT
TO THE AMENDED JOINT PRETRIAL ORDER**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COME NOW, DANIEL E. DAVIS, ET. AL., Plaintiffs in the above-styled and numbered civil action, and file this Motion for Leave to file Supplement to the Amended Joint Pretrial Order, and in support thereof, would respectfully show this Honorable Court the following:

**I.**

**GROUNDS FOR THIS MOTION**

1.01    The parties filed an Amended Joint Pretrial Order in the above-styled and numbered civil action, along with Amended Exhibits Lists and Amended Witness Lists on January 31, 2001.

In their Amended Witness List, Plaintiffs listed Mr. Richard Robey as a fact and/or expert witness and set forth the substance of his knowledge and/or testimony. Mr. Robey's deposition was taken on October 12, 2000. Plaintiffs also notified Defendants in Plaintiffs' Amended Witness List that Mr. Robey will be called to testify at trial by way of videotaped deposition.

1.02 Plaintiffs, however, failed to designate the portions of Mr. Robey's deposition to be read at trial by citing page and line numbers in the Joint Pretrial Order as required by this Honorable Court's Civil Procedure 14(B). Such failure was the result of inadvertence and an oversight on the part of Plaintiffs' counsel, and was not done with conscious indifference to or disrespect of Civil Procedure 14(B).

1.03 The undersigned counsel respectfully requests leave of this Honorable Court to allow the Amended Joint Pretrial Order to be supplemented to include the portions of Mr. Robey's deposition to be read by Plaintiffs at the trial of this civil action. Plaintiffs' proposed supplementation is attached hereto as **Exhibit "A"**.

1.04 The undersigned counsel contends that the granting of this Motion will not be prejudical to Defendants since they knew from Mr. Robey's testimony that he would not be traveling to Brownsville, Texas to testify at trial. Furthermore, the undersigned counsel made Defendants aware that Mr. Robey would be called to testify by way of videotaped deposition as mentioned beforehand.

1.05 Plaintiffs will incur unnecessary travel and lodging expenses to have Mr. Robey travel to Brownsville, Texas to testify live. Mr. Robey lives and works in the Denver, Colorado area.

1.06 As such, in the interest of justice, Plaintiffs respectfully request that this Court grant this Motion and such other and further relief to which he may be justly entitled.

2

## II.

## CONCLUSION

2.01 In conclusion, Plaintiffs **DANIEL E. DAVIS, ET. AL.**, and the undersigned counsel respectfully ask leave from this Honorable Court to Supplement the Amended Joint Pretrial with the attached **Exhibit "A"**, for the reasons stated herein.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs **DANIEL E. DAVIS, ET. AL.**, and the undersigned counsel respectfully pray that this Motion for Leave to File Supplement to the Amended Joint Pretrial Order be considered by this Honorable Court, and after due consideration, this Honorable Court enter an Order granting Plaintiffs' Motion for Leave to File Supplement to the Amended Joint Pretrial Order and allow said Supplementation to be filed and include as part of the Amended Joint Pretrial Order. Additionally, Plaintiffs pray that this Honorable Court grant them any and all other further relief to which they may show themselves justly entitled.

Respectfully submitted,

LAW OFFICES OF
ERNEST GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas  78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: _/s/ Victor Quintanilla_____
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id No. 8645

3

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS

*VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

(* Signed with permission of Attorney-in-charge)

## CERTIFICATE OF CONFERENCE

I, **VICTOR QUINTANILLA**, hereby certify that on the 26th day of February, 2001 I conferred with Attorney-in-Charge for Defendants', Hon. Gary Gurwitz to discuss the filing of this **Motion for Leave to File Supplement to the Amended Joint Pretrial Order**, and he advised me that he is opposed to the filing of this Motion or the filing of the Supplementation.

_____
VICTOR QUINTANILLA

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 26th day of February, 2001 a true and correct copy of a **Motion for Leave to File Supplement to the Amended Joint Pretrial Order** was served **VIA FAX: (956) 686-6109** on Defendant's counsel of record Hon. Gary Gurwitz, **ATLAS & HALL, L.L.P.**, P.O. Drawer 3725, 818 Pecan, McAllen, Texas 78502.

_____
VICTOR QUINTANILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES | § | |
| USA, INC., and  FAVELLE CRANES | § | |
| (M) SDN BHD, | § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| DANIEL E. DAVIS, DAVISCO INC. and | § | |
| COBURN INTERNATIONAL | § | |
| | § | CIVIL ACTION NO. B-00-184 |
| VS. | § | |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN BHD, | § | |
| and FAVELLE FAVCO HOLDINGS SDN BHD | § | |

## EXHIBIT "A"

**COMES NOW, DANIEL E. DAVIS, ET. AL.,** Plaintiffs in the above-styled and numbered civil action, and in compliance with Procedure No. 14(B) of this Honorable Court's Civil Procedures, designate the portion of Mr. Richard Howard Robey's deposition testimonay which will be read at trial, as follows:

I.

### DEPOSITION OF RICHARD HOWARD ROBEY

1.01 With respect to **MR. RICHARD HOWARD ROBEY**, Plaintiffs anticipate playing the videotape of his deposition taken on October 12, 2000 during the trial of this case. Specifically, Plaintiffs designate the following pages:

| **PAGE(S)** | **LINE(S)** |
|---|---|
| pages 4-16 | all lines; |
| page 17 | lines 1-22 & line 25; |
| page 18 | all lines; |
| page 19 | line 1; lines 4-6, & lines 12-25 |
| page 20 | lines 1-11 & lines 13 -14; |
| page 21 | lines 1-15, 18-19, & 23-25; |
| page 22 | lines 1-4 & 13-23; |
| page 23 | lines 1-11 & 13-14; |
| page 24 | lines 1-13 & 16-25; |
| page 25 | lines 1-2, 6-11, & 14-25; |
| page 26 | lines 1-16 & 19-25; |
| page 27 | lines 1-25; |
| page 28 | lines 1-5, 8-13, & 16-25; |
| page 29 | lines 1-7, 10-17, & 20-25; |
| page 30 | lines 1-4; |
| page 31 | lines 1-6, 9-17, & 20-25; |
| page 32 | all lines; |
| page 33 | lines 1-19 & 22-25; |
| pages 34-37 | all lines; |
| page 38 | lines 1-9 & 12-25; |
| page 39 | lines 4-13 & 16-25; |
| pages 40-41 | all lines; |

| | |
|---|---|
| page 43 | lines 1-18 & 21-25; |
| pages 44-45 | all lines; |
| page 46 | lines 1-13, 16-21, & 24-25; |
| page 47 | lines 1-3, 6-22, & 25; |
| page 48 | lines 1-4, 6-13, & 16-25; |
| page 49 | lines 1-5 & 8-25; |
| page 50 | lines 3-11; |
| page 53 | lines 24-25; |
| page 54 | lines 1-3; |
| page 95 | lines 19-25; |
| page 96 | lines 1-25; |
| page 97 | lines 1-17; |
| page 98 | lines 1-11 & 14-25; |
| page 99 | lines 1, 5-15, & 18-25; and |
| page 100 | lines 1 & 4-6. |