IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS, ET AL. | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES | § | |
| USA, INC., ET AL. | § | |

**DEFENDANTS' MOTION TO STRIKE AFFIDAVITS
OF DANIEL E. DAVIS AND JAMES ALAN RUSK**

Defendants FAVELLE FAVCO CRANES, U.S.A., INC., FAVELLE FAVCO CRANES (M) SDN BHD AND FAVELLE FAVCO HOLDINGS SDN BHD, ("Defendants"), file this Motion to Strike Affidavits of Daniel E. Davis and James Alan Rusk, and in support thereof would respectfully show unto the Court the following:

1. On February 22, 2001, Plaintiffs filed *Plaintiffs' Response to Defendant FFC Parties' Supplemental Motion for Partial Summary Judgment and Supporting Memorandum and Cross Motion for Partial Summary Judgment on Patent Ownership and Shop Rights* which attached the Affidavit of Daniel E. Davis dated February 22, 2001 (Exhibit K) and the Affidavit of James Alan Rusk dated February 19, 2001 (Exhibit M).

2. The Affidavit of James Alan Rusk should be stricken because it contains hearsay statements as to the conduct of Daniel Davis; it does not claim that anything that Mr. Rusk purports to have done was for Daniel Davis personally rather than for Rusk's employer, Manitex, Inc., a subsidiary or division of Davis' employer, Manitowoc. The sketches to which Mr. Rusk

refers in Exhibit R state that they are the property of Manitex, Inc. and do not claim to be work done for Daniel Davis personally.

3. The Affidavit of Daniel E. Davis should be struck to the extent it refers to hearsay conversations that Davis allegedly had with James Rusk and Richard Robey and to preliminary sketches and designs regarding the crawler cranes allegedly prepared prior to his employment with Favelle Favco Cranes USA, Inc. These portions of the Affidavit of Daniel E. Davis contradict his prior sworn testimony given in his deposition taken on May 11-12, 2000 and such statements cannot be used to manufacture a genuine issue of material fact by submitting an affidavit that impeaches prior testimony without explanation. *Doe vs. Dallas I.S.D.*, 220 F.3d 380, 386 (5th Circuit 2000) and cases cited therein.

4. Wherefore, Premises Considered, Defendants pray that the Court grant this Defendants' Motion to Strike Affidavits of Daniel E. Davis and James Alan Rusk, and for such other relief at law or in equity to which Defendants may show themselves justly entitled.

Respectfully submitted,

_____
Gary Gurwitz, Attorney in Charge
Bar #08631000/Southern Dist. I.D. #1194
Charles C. Murray
Bar #14719700/Southern Dist. I.D. #1214
ATLAS & HALL, L.L.P.
818 Pecan (Zip Code: 78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone: 956/682-5501
Fax: 956/686-6109

Willem G. Schuurman
Bar #17855200
Brian K. Buss
Bar #00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: 512/495-8400
Fax: 512/495-8612

**ATTORNEYS FOR FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD AND FAVELLE FAVCO HOLDINGS SDN BHD**

## CERTIFICATE OF CONFERENCE

The movant has conferred with the respondent regarding this motion and counsel cannot agree about the disposition of the motion.

_____

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this document was served on all counsel of record by certified mail, return receipt requested, hand delivery and/or fax on the 27 day of February, 2001, as follows:

Ernesto Gamez, Jr.
Victor Quintanilla
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS, ET AL. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| ET AL. | § | |

ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE AFFIDAVITS OF DANIEL E. DAVIS
AND JAMES ALAN RUSK

On the ____ day of _____, 2001, the Court considered *Defendants' Motion to Strike Affidavits of Daniel E. Davis and James Alan Rusk*. After considering same, the Court GRANTS the motion.

It is therefore ORDERED that those portions of the Affidavit of Daniel E. Davis which refer to conversations that Daniel Davis had with James Alan Rusk and Richard Robey and to preliminary sketches and designs regarding the crawler cranes allegedly prepared prior to Davis' employment with Favelle Favco Cranes USA, Inc., are hereby struck.

It is further ORDERED that the Affidavit of James Alan Rusk is hereby struck.

SIGNED this _____ day of _____, 2001, at Brownsville, Texas.

_____
**U.S. DISTRICT JUDGE**

ClibPDF - www.fastio.com