# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDH BHD, | § | |
| | § | |
| Defendants | § | |
| | § | |
| | § | |
| | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DANIEL E. DAVIS, | § | |
| DAVISCO INC., and | § | |
| COBURN INTERNATIONAL | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

BE IT REMEMBERED that on February 28, 2001, the Court **GRANTED** Defendant Favelle Favco Cranes USA, Inc., et al.'s Supplemental Motion for Partial Summary Judgment and Supporting Memorandum [Dkt. No. 61] and **DENIED** Plaintiff Daniel E. Davis' Response and Cross Motion for Partial Summary Judgment on Patent Ownership and Shop Rights [Dkt. No. 63].  Another order with a full explanation of the

69

Court's reasoning will follow.

As this order precludes the need for Final Pre-Trial Conference, the Parties are hereby notified that this matter has been taken off the docket for March 1, 2001.

DONE at Brownsville, Texas, this 28th day of February 2001.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com