76

United States District Court
Southern District of Texas
FILED

MAY 0 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | & | |
| | & | |
| VS. | & | CIVIL ACTION NO. B-00-003 |
| | & | |
| FAVELLE FAVCO CRANES USA, INC. | & | |
| and FAVELLE CRANES (M) SDN BHD | & | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | & | |
| | & | |
| VS. | & | |
| | & | |
| DANIEL E. DAVIS, DAVISCO INC. | & | |
| and COBURN INTERNATIONAL, LTD. | & | |
| | & | |
| VS. | & | CIVIL ACTION NO. B-00-184 |
| | & | |
| FAVELLE FAVCO CRANES USA, INC., | & | |
| FAVELLE FAVCO CRANES (M) SDN | & | |
| BHD, and FAVELLE FAVCO HOLDINGS | & | |
| SDN BHD | & | |

**PLAINTIFFS/COUNTER-PLAINTIFFS' REQUEST FOR TRIAL SETTING**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COME NOW, **DANIEL E. DAVIS, DAVISCO, INC,** and **COBURN INTERNATIONAL, LTD.**, Plaintiffs and/or Counter-Plaintiffs in the above-styled and numbered civil action, and respectfully request that this Honorable Court set the portion of this case not disposed of by summary judgment and/or the pending Motion for Reconsideration for trial. All parties announced ready for trial on Thursday, February 1, 2001 at 1:30 p.m..

The outstanding causes of action not disposed of by summary judgment are the following:

1.  Breach of Employment Contract;

2.  Tortious Interference with Business Relationship; and

3.  Fraud.

If the Court grants the Motion for Reconsideration, then the issues of patent infringement and/or ownership can also be set for trial. However, if the Court denies the pending Motion for Reconsideration, then the above causes of action must be tried anyway. Jury Selection was originally set Monday, February 5, 2001 at 9:00 a.m.. Plaintiffs/Counter-Plaintiffs are being irreparably harmed by the delay, and they will continue to be irreparably harmed until this matter is finally disposed of and/or tried before a jury.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ERNESTO GAMEZ, JR., P.C.**
        777 E. Harrison Street
        Brownsville, Texas  78520
        Telephone No.:  (956) 541-3820
        Facsimile No.:  (956) 541-7694

        BY: _/s/ Victor Quintanilla_
        ERNESTO GAMEZ, JR.
        State Bar No. 07606600
        Federal Id. No. 8645
        **ATTORNEY-IN-CHARGE FOR**
        **PLAINTIFFS/COUNTER-PLAINTIFFS**

\*    VICTOR QUINTANILLA
     State Bar No. 00786181
     Federal Id. No. 16073

\*    (Signed with Permission of
     Attorney-in-Charge)

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this _8TH_ day of May, 2001 a true and correct copy of the foregoing **Plaintiffs/Counter-Plaintiffs' Request for Trial Setting** was served **Via Facsimile (956) 686-6109** and **via first class mail** on opposing counsel for Defendants/Counter-Defendants, Hon. Gary Gurwitz, **ATLAS & HALL, L.L.P.**, 818 Pecan, P. O. Box 3725, McAllen, Texas, 78502, in accordance with the Federal Rules of Civil Procedure.

_/s/ Victor Quintanilla_
VICTOR QUINTANILLA

3