79

United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAY 1 7 2001

Michael N. Milby
Clerk of Court

DANIEL E. DAVIS, et al,                     §
    plaintiffs                         §
                                        §
                                        §
v.                                          §        Civil Action No. B-00-003
                                        §
                                        §
FAVELLE FAVCO CRANES USA, INC.,             §
et al.,                                     §
    defendants                          §

---

## Defendant FFC Parties' Response to Plaintiffs Motion for Trial Setting

---

Defendants Favelle Favco Cranes USA, Inc. ("FFC USA" or "Favco USA"), Favelle Favco Cranes (M) SDN BHD ("FFC Malaysia"), and Favelle Favco Holdings SDN BHD ("FFC Holdings") (collectively "FFC Parties") file this response to the Plaintiffs/Counter-Plaintiffs' Request for Trial Setting filed by Daniel E. Davis ("Davis"), DavisCo, Inc. ("DavisCo."), and Coburn International Ltd. ("Coburn") (collectively "Davis"), and would show:

Most of the remainder of the claims asserted by Davis are disposed of by the summary judgment previously granted by the trial court. The FFC Parties anticipate filing a further motion for summary judgment within the next 30 days. A trial setting at this point would not be useful, pending a decision as to how much of the remainder of the claims can be disposed of on motion for summary judgment. A status conference would be more useful to the court and to the parties. Alternately, the FFC Parties request that any trial

ClibPDF - www.fastio.com

setting be made at least 120 days in the future, and that a deadline be set for further motions.

Wherefore, premises considered, the FFC Parties request that Davis' motion for trial setting be in denied, and that a status conference be set. Alternately, the FFC Parties request that any trial setting be made at least 120 days in the future, and that a deadline be set for further motions. The FFC Parties request such other and further relief to which they would be entitled, at law or in equity.

Respectfully submitted,

Gary Gurwitz
State Bar No. 08631000
Southern Dist. ID No. 1194
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Attorney in charge for FFC Parties

Of counsel:

Charles C. Murray
State Bar No. 14719700
Southern Dist. ID No. 1214
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

2

Willem Schuurman
Brian K. Buss
VINSON & ELKINS, L.L.P.
2700 One American Center
600 Congress Ave.
Austin, Tx 78701-3200
(956) 498-8580 (phone)

3

ClibPDF - www.fastio.com

# Certificate of Service

I certify that on May 17, 2001, a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
| --- | --- | --- |
| Ernesto Gamez<br>Victor Quintanilla<br>LAW OFFICES OF ERNEST GAMEZ, P.C.<br>777 E. Harrison St.<br>Brownsville, Tx 78520 | plaintiff | Cert Mail |

Gary Gurwitz

4

ClibPDF - www.fastio.com