

United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAY 1 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DANIEL E. DAVIS, et al, <br> plaintiffs | § <br> § <br> § | |
| v. | § <br> § | Civil Action No. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC., <br> et al., <br> defendants | § <br> § <br> § <br> § | |

**Defendant FFC Parties' Response to Davis' Request
For the Court to Take Deposition of Dennis Sanchez'
Deposition in Camera**

Defendants Favelle Favco Cranes USA, Inc. ("FFC USA" or "Favco USA"), Favelle Favco Cranes (M) SDN BHD ("FFC Malaysia"), and Favelle Favco Holdings SDN BHD ("FFC Holdings") (collectively "FFC Parties") file this response to Davis' Request for the Court to Take Dennis Sanchez' Deposition in Camera filed by Daniel E. Davis ("Davis"), DavisCo, Inc. ("DavisCo."), and Coburn International Ltd. ("Coburn") (collectively "Davis"), and would show:

1. Davis' request for an in camera deposition of Dennis Sanchez should be denied for the same reasons that their initial request for deposition should be denied. The discovery deadline in this case was September 28, 2000 (extended to October 13, 2000 by agreement[1]), and has long since passed. Indeed, trial was set for February 5, 2001,

---

[1] Prior to removal, the state court had set the discovery deadline in B-00-184 (now consolidated in this matter) for October 13, 2000; the parties by agreement extended the discovery deadline to October 13, 2000 in this case to coincide with the state court deadline. Prior to removal, trial in the state court action was set for November 13, 2000.

although continued to March 5. Davis had ample opportunity to notice the deposition of attorney Dennis Sanchez, and provides no valid excuse for not doing so in a timely fashion. Further, Sanchez was the attorney for FFC USA; Sanchez' testimony would be privileged.

2. Further, Sanchez' deposition – even if taken – would be of no use to Davis. Materials which were available to a plaintiff when he opposed a summary judgment motion cannot be considered in connection with a motion for reconsideration. *Waltman v. International Paper Co.*, 875 F.2d 468, 474 (5th Cir. 1989). *See also Weber v. Roadway Express, Inc.*, 199 F.3d 270, 275-76 & n. 4 (5th Cir. 2000); *Matador Petroleum v. St. Paul Surplus Lines Insurance Co.*, 174 F.3d 653, 658 n. 1 (5th Cir. 1999); *Russ v. International Paper Co.*, 943 F.2d 589, 593 (5th Cir. 1991). Davis could have timely noticed Sanchez' deposition had he desired to do so.

3. Additionally, Davis shows no factual or procedural basis for an *in camera* deposition in federal court (as opposed to Maryland state court). Sanchez' deposition should not be taken at all, and, even if it were to be taken, Davis cites no reason to take up the court's time in this regard.

4. The FFC Parties take exception to Davis' repeated allegations that they have mis-cited testimony. To the contrary, the FFC Parties have actually quoted most of the testimony relied on, not just once but on multiple occasions. The actual depositions are attached to the summary judgment motion. The FFC Parties' arguments are fully supported by the evidence. Davis' baseless bombasts may make him feel better, but they are not supported by the record and do not support the relief requested.

Wherefore, premises considered, the FFC Parties request that Davis' motion for in camera deposition of attorney Dennis Sanchez be in all respects denied. The FFC Parties request such other and further relief to which they may be entitled, at law or in equity.

Respectfully submitted,

Gary Gurwitz
State Bar No. 08631000
Southern Dist. ID No. 1194
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Attorney in charge for FFC Parties

Of counsel:

Charles C. Murray
State Bar No. 14719700
Southern Dist. ID No. 1214
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Willem Schuurman
Brian K. Buss
VINSON & ELKINS, L.L.P.
2700 One American Center
600 Congress Ave.
Austin, Tx 78701-3200
(956) 498-8580 (phone)

## Certificate of Service

I certify that on May 17, 2001, a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
|---|---|---|
| Ernesto Gamez<br>Victor Quintanilla<br>LAW OFFICES OF ERNEST GAMEZ, P.C.<br>777 E. Harrison St.<br>Brownsville, Tx 78520 | plaintiff | Cert Mail |

Gary Gurwitz

4