82

United States District Court
Southern District of Texas
FILED

MAY 21 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC., and FAVELLE CRANES (M) SDN BHD, | § § § § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § § | |
| VS. | § § | |
| DANIEL E. DAVIS, DAVISCO INC. and COBURN INTERNATIONAL, LTD | § § § | CIVIL ACTION NO. B-00-184 |
| VS. | § § | |
| FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD, and FAVELLE FAVCO HOLDINGS SDN BHD | § § § § | |

### DAVIS' RESPONSE TO FFC'S OBJECTION TO TRIAL SETTING

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Plaintiff Davis respectfully requested this Court set for trial the portion of this case not disposed of by summary judgment and/or the pending Motion for Reconsideration. FFC objected saying it will file motions for summary judgment, or somehow this Court will include the matters in the pending motions for summary judgment.

Both positions are ridiculous. First, the time has long passed for motions for summary judgment. See Dkt #19, Order entered May 4, 2000 setting deadline for filing dispositive motions

on October 18, 2000. Second, without any evidence, motion or request before the Court on the three remaining issues, this Court cannot grant any relief.

Docket call was set for 02/01/00 by this Court on 05/04/00. See Dkt. #19. Then, this Court reset the docket call for 03/01/01. See Dkt #59. Now, FFC wants to reset the trial for another 120 days. All the parties are being damaged with FFC's attorneys are getting rich with delay tactics. Davis continues to be gravely and irreparable harmed. Davis pleads with the Court to resolve these outstanding issues, and this entire matter. A trial setting is earnestly requested. A proposed order has been previously submitted.

Respectfully submitted,

LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: /s/ Victor Quintanilla
ERNESTO GAMEZ, JR.
State Bar No. 07606600
Federal Id No. 8645

ATTORNEY-IN-CHARGE     FOR
PLAINTIFFS

*VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

**\*(Signed with Permission of Attorney-in-Charge)**

2

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 21st day of May, 2001 a true and correct copy of **Davis' Response to FFC's Objection to Trial Setting** was served **VIA FAX: (956) 686-6109** on Defendant's counsel of record Hon. Gary Gurwitz, **ATLAS & HALL, L.L.P.**, P.O. Drawer 3725, 818 Pecan, McAllen, Texas 78502.

VICTOR QUINTANILLA

3