United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED
MAY 2 4 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL E. DAVIS, et al, <br>    plaintiffs <br> <br> v. <br> <br> FAVELLE FAVCO CRANES USA, INC., <br> et al., <br>    defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Civil Action No. B-00-003

## Defendant FFC Parties' Reply to Davis' Response to FFC's "Objection" to Trial Setting

Defendants Favelle Favco Cranes USA, Inc. ("FFC USA" or "Favco USA"), Favelle Favco Cranes (M) SDN BHD ("FFC Malaysia"), and Favelle Favco Holdings SDN BHD ("FFC Holdings") (collectively "FFC Parties") file this reply Davis' Response to FFC's "Objection" to Trial Setting filed by Daniel E. Davis ("Davis"), DavisCo, Inc. ("DavisCo."), and Coburn International Ltd. ("Coburn") (collectively "Davis"), and would show:

The FFC Parties do not deny that a trial setting may ultimately be necessary, and have merely suggested that a status conference would be the most appropriate way to work out scheduling issues. The FFC Parties' proposed motion for summary judgment would be predicated on the necessary implications of the court's ruling regarding the statute of frauds, and would serve to narrow issues for trial. This would not interject any new issues. To the contrary, all defenses have been pleaded and included in the joint pretrial report. See, e.g., Defendants' Favelle Favco Cranes, U.S.A., Inc.'s Answer and Counterclaim ¶ 26; Defendant Favelle Favco Cranes (M) SDN BHD's Answer and

Counterclaim ¶ 25; Amended Pretrial Order § 5(B)33. Davis was fully aware of such issues, and had a full opportunity to conduct discovery.

Wherefore, premises considered, the FFC Parties request that a status conference be set. The FFC Parties request such other and further relief to which they would be entitled, at law or in equity.

Respectfully submitted,

Gary Gurwitz
State Bar No. 08631000
Southern Dist. ID No. 1194
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Attorney in charge for FFC Parties

Of counsel:

Charles C. Murray
State Bar No. 14719700
Southern Dist. ID No. 1214
818 Pecan/P. O. Box 3725
McAllen, Texas 78501/78502
(956) 682-5501 (phone)
(956) 686-6109 (fax)

Willem Schuurman
Brian K. Buss
VINSON & ELKINS, L.L.P.
2700 One American Center
600 Congress Ave.
Austin, Tx 78701-3200
(956) 498-8580 (phone)

2

## Certificate of Service

I certify that on May 24, 2001, a true and correct copy of the foregoing document was sent to all counsel of record, as follows:

| Attorney: | For: | Served by: |
|---|---|---|
| Ernesto Gamez<br>Victor Quintanilla<br>LAW OFFICES OF ERNEST GAMEZ, P.C.<br>777 E. Harrison St.<br>Brownsville, Tx 78520 | plaintiff | certified mail, return receipt requested |

_____
Gary Gurwitz