IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-003 |
| | § | (consolidated with No. B-00-184) |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| and FAVELLE FAVCO CRANES (M) | § | |
| SDH BHD, | § | |
| | § | |
| Defendants. | § | |
| **AND** | § | |
| FAVELLE FAVCO CRANES USA, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DANIEL E. DAVIS, | § | |
| DAVISCO INC., and | § | |
| COBURN INTERNATIONAL | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is presently reviewing all pending motions in this case; therefore, the Parties are hereby **ORDERED** not to file any more motions in this matter until the Court issues its rulings on the existing motions.

DONE at Brownsville, Texas, this ____ day of June 2001.

Hilda G. Tagle
United States District Judge