IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL E. DAVIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-003 (consolidated with No. B-00-184) |
| FAVELLE FAVCO CRANES USA, INC. and FAVELLE FAVCO CRANES (M) SDH BHD, | § § § § | |
| Defendants. | § § | |
| AND | § § | |
| FAVELLE FAVCO CRANES USA, INC. | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| DANIEL E. DAVIS, DAVISCO INC., and COBURN INTERNATIONAL | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 16, 2001, the Court considered the Davis Parties' Motion to Remand [Dkt. No. 92]. In the interests of justice, the Court wishes to give the Favelle Parties an opportunity to respond before ruling on the motion.

1

Therefore, if they are so inclined to respond to the motion, the Court hereby **ORDERS** the Favelle Parties to submit their response no later than 12:00 p.m. on Monday, July 23, 2001.

DONE at Brownsville, Texas, this 16th day of July 2001.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge