IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DANIEL E. DAVIS, § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-00-003 |
| § | (consolidated with No. B-00-184) |
| FAVELLE FAVCO CRANES USA, INC. § | |
| and FAVELLE FAVCO CRANES (M) § | |
| SDH BHD, § | |
| Defendants. § | |
| AND § | |
| FAVELLE FAVCO CRANES USA, INC. § | |
| Plaintiff, § | |
| v. § | |
| DANIEL E. DAVIS, § | |
| DAVISCO INC., and § | |
| COBURN INTERNATIONAL § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on July 24, 2001, the Court **DENIED** the Plaintiffs' Objections to the Court's Orders and Second Motion for Reconsideration [Dkt. No. 94] and Supplemental Objections to the Court's Orders and Second Motion for Reconsideration [Dkt. No. 95]. The Plaintiffs do no more than reiterate arguments that were already addressed in the Court's previous order [Dkt. No. 88] denying their first motion to reconsider [Dkt. No. 71].

The only noteworthy point is that the Robey Report [Plaintiffs' Cross Motion for Summary Judgment, Dkt. No. 63, Exh. A] was authenticated by Mr. Robey in his deposition [Id., Exh. B, pp. 57-60]. In this Report, Mr. Robey recounts various meetings

and discussions he had with Mr. Davis from 1994 through January or February 1995. He states that during such time, Mr. Davis showed him "*preliminary* drawings" or "alluded to the existence of such drawings *or the commissioning of such drawings...*" such that it was apparent to him that Mr. Davis "had a fully conceived, and *perhaps partially* engineered product" by the summer of 1995 (emphases added).

Despite Mr. Robey's Report, the statements contained therein do not raise a genuine issue of material fact regarding the ownership of the patent for the unique crawler crane design because (1) it does not demonstrate that Mr. Davis had a patentable design before September 1997 when Mr. Davis became President and Managing Director of FFC USA, (2) the existence, if any, of crawler crane drawings were admittedly preliminary, and (3) Mr. Robey opines that Mr. Davis only partially, not fully, engineered the crawler crane concept by the summer of 1995.

Therefore, the Robey Report does not create a genuine issue of material fact, and the Court properly denied the motion for reconsideration [Dkt. No. 71]. For the reasons set forth previously in its Order [Dkt. No. 88] and those set forth above, the Court **DENIES** Plaintiffs' Objections to the Court's Orders and Second Motion for Reconsideration [Dkt. No. 94] and Supplemental Objections to the Court's Orders and Second Motion for Reconsideration [Dkt. No. 95].

DONE at Brownsville, Texas, this 24 day of July 2001.

Hilda G. Tagle
United States District Judge