## Civil Courtroom Minutes

**106**

United States District Court
Southern District of Texas
FILED

AUG 06 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☑ Fajardo    ☐ Koerner |
| DATE | 08 — 06 — 01 |
| TIME | 9:36 a.m. — 10:25 a.m. |
| | 1:55 p.m. — 5:04 p.m. |
| CIVIL ACTION | B — 00 — 003 |
| STYLE | DANIEL E. DAVIS *versus* FAVELLE FAVCO CRANES, USA, INC. |

**DOCKET ENTRY**

(HGT) **1ST Day**    ☐ Bench or ☑ Jury Trial    (Court Reporter: Breck Record)

Attorney(s) for Plaintiffs: Victor Quintanilla

Attorney(s) for Defendants: Gary Gurwitz and Bill Schuurman

===============================================================

9:36 a.m. Case called for jury selection. Mr. Quintanilla announced ready. Mr. Gurwitz announced not ready. Attorneys excused until afternoon for jury selection. 1:55 p.m. Discussion had on pending issues prior to jury coming in. 2:47 p.m. Voir dire begins. The Court excused juror Nos. 8, 11 and 28. Mr. Gurwitz motion to challenge juror No. 10 overruled.

Jury selected: 6 jurors and 1 alternate. ***Trial to commence on August 13, 2001 at 1:30 p.m.***

The Court orders summons to issue on those jurors that failed to appear today and to appear before the Magistrate Judge to show cause why they should not be held in contempt of court.

Discussion continued with counsel regarding pending motions/issues.

5:04 p.m. Court adjourned.