/07

United States District Court
Southern District of Texas
FILED

AUG - 6 2000

Michael N. Milby
Clerk of Court

Jurors Selected on __AUGUST 6, 2001__   Case # __B-00-003__

Case Style __DANIEL E. DAVIS VS. FAVELLE FAVCO CRANES USA, INC.__

Jury Trial Date __AUGUST 13, 2001__

Judge __HILDA G. TAGLE__   Time __1:30 P.M.__

JUROR'S NAMES:

1. NORMA LINDA BARRON

2. ASCENCION OCHOA

3. JUAN ESPARZA

4. OSCAR GONZALEZ

5. RENE MONTALVO, JR.

6. LUCIA GARCIA

7. SANTOS B. LERMA