```
                    IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
                            BROWNSVILLE DIVISION


  DANIEL E. DAVIS                    )
                                     )
                                     )
                                     ) CIVIL ACTION NO.
  VS.                                ) B-00-003
                                     )
  FAVELLE FAVCO CRANES, USA, INC.,   )
  ET AL                              )
                                     )
```

United States District Court
Southern District of Texas
FILED

AUG 0 7 2001

Michael N. Milby, Clerk of Court

PRETRIAL HEARING
BEFORE THE HONORABLE HILDA G. TAGLE
AUGUST 6, 2001

APPEARANCES:

For the Plaintiff:        MR. VICTOR QUINTANILLA
                          Attorney at Law
                          Brownsville, Texas

For the Defendant:        MR. GARY GURWITZ
                          Attorney at Law
                          McAllen, Texas

For the Defendant:        MR. WILLIAM SCHUURMAN
                          Attorney at Law
                          Austin, Texas

Transcribed by:           BRECK C. RECORD
                          Official Court Reporter
                          600 E. Harrison, Box 16
                          Brownsville, Texas  78520
                          (956)548-2510


                Captured and Transcribed by Computer - Eclipse