109

| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS |||
|---|---|---|
| DANIEL E. DAVIS<br>versus<br>FAVELLE FAVCO CRANES USA, INC.<br>and FAVELLE FAVCO CRANES (M) SDN BHD | Case No. B-00-003 | United States District Court<br>Southern District of Texas<br>FILED<br>AUG 09 2001<br>Michael N. Milby<br>Clerk of Court |
| | THIRD AMENDED<br>EXHIBIT LIST | |
| Judge Hilda G. Tagle | Case Manager: Letty Garza<br>Court Reporter: Breck Record ||
| List of Defendants | Proceeding | Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | 09/03/97 CERTIFICATE OF INCORPORATION of FFC USA | | |
| 2 | Organizational Chart (color) | | |
| 3A | FCC 28 ton BROCHURE;<br>(EXHIBIT 12 to Davis Deposition) | | |
| 3B | FFC 38 ton BROCHURE;<br>(EXHIBIT 13 to Davis Deposition) | | |
| 3C | FFC 50 ton BROCHURE;<br>(EXHIBIT 14 to Davis Deposition) | | |
| 3D | FFC 9 ton Brochure;<br>(EXHIBIT 11 to Davis Deposition) | | |
| 4 | 08/01/98 FFC USA Employee Handbook | | |
| 5 | 05/21/99 DISTRIBUTION AGREEMENT between FFC USA and MUSTANG Tractor and Equipment Company (Dealer) | | |
| 6 | PROPRIETARY INFORMATION AGREEMENTS (Femco Machine Company and Aero American Cranes) | | |
| 7A | 06/99 STRAIN GAUGE TESTING of FFC 38 ton Mobile Crane by Stress Engineering | | |
| 7B | 06/99 STRAIN GAUGE TESTING of FFC 28 ton Mobile Crane by Stress Engineering | | |
| 8A | DRAWING (FFC)<br>(EXHIBIT 24 to Davis Deposition) | | |
| 8B | DRAWING (Davis)<br>(EXHIBIT 25 to Davis Deposition) | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 9A | 11/22/97 Executed CONFIDENTIALITY AGREEMENT between FFC USA, FFC Malaysia and **ECCON** Engineering referenced in #8 above for engineering services<br>(EXHIBIT 4 to Davis Deposition) | | |
| 9B | **ECCON** Quotation No. 970387, 50 ton crawler crane | | |
| 10A | 02/03/98 ENGINEERING CONSULTING AGREEMENT Rev. 3, between Keith **ORGERON** and FFC USA for engineering services;<br>(EXHBIT 9 to Davis Deposition) | | |
| 10B | 12/01/1997-02/28/98 **Integra** Engineering Expense Report re: FFC USA Project(s) | | |
| 10C | 02/16/98 STATUS REPORT LETTER #01 from **Integra** Engineering to Daniel Davis, FFC USA | | |
| 10D | 02/16/98 Letter from Keith **Orgeron**, **Integra**, to FFC USA attn:Daniel E. Davis, President, re: Status Report #01 | | |
| 10E | • 03/02/98 Letter from Keith **Orgeron**, **Integra**, to FFC USA attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0201)<br>• 03/02/98 Invoice from Keith Orgeron, Integra, to FFC USA attn: Purchasing re: Invoice #98-IE-0201 | | |
| 10F | • 04/06/98 Letter from Keith **Orgeron**, **Integra**, to FFC USA attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0202)<br>• 04/06/98 Invoice from Keith Orgeron, Integra, to FFC USA attn: Purchasing re: Invoice #98-IE-0202<br>• 03/30/98-04/04/98 Integra Engineering Expense Report re: FFC USA's Project(s) | | |
| 10G | 03/01/98-03/29/98 **Integra** Engineering Expense Report re: FFC USA's Project(s) | | |
| 10H | 04/05/98-04/10/98 **Integra** Engineering Expense Reprot re: FFC USA's Project(s) | | |
| 10I | • 05/05/98 Letter from Keith **Orgeron**, **Integra**, to FFC USA attn: Daniel E. Davis, President, re: Status Report for Invoice (398-IE-0203)<br>• 05/05/98 Invoice from Keith Orgeron, Integra, to FFC USA attn: Purchasing re: Invoice #98-IE-0203<br>• Notes and Memos made in April 1998 | | |
| 10J | 05/18/98 Fax from Keith **Orgeron**, **Integra**, to Mr. D.E. Davis Manhour Status Report to May 17, 1998 | | |
| 10K | • 06/09/98 Letter from Keith **Orgeron**, **Integra**, to FFC USA attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0204)<br>• 06/09/98 Invoice from Keith Orgeron, Integra, to FFC USA attn: Purchasing re: Invoice #98-IE-0204<br>• Manhour Status Report, June 1998<br>• FFC USA check dated 07/21/98 payable to Integra Engineering for $10,624.00. | | |
| 10L | 04/11/98-06/10/98 **Integra** Engineering Expense Report re: FFC USA Project(s) | | |
| 10M | 06/24/98 FAX from Keith **Orgeron**, **Integra** to Danny Davis with invoice | | |

Page 2 of 6

| No. | Description | Adm | Exd |
|---|---|---|---|
| 10N | • 07/09/98 Letter from Keith **Orgeron, Integra**, to FFC USA attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0205)<br>• 07/09/98 Invoice from Keith Orgeron, Integra, to FFC USA attn: Purchasing re: Invoice #98-IE-0205<br>• Manhour Status Report, June 1998 | | |
| 10O | • 08/08/98 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0206)<br>• 08/08/98 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #98-IE-0206<br>• Manhour Status Report, July 1998<br>• FFC USA Check dated 09/17/98 payable to Integra Engineering for $5,793.75.<br>• 08/08/98 Invoice from Keith Orgeron, Integra to FFC USA, attn: Accounts Payable re: Invoice #98-IE-0206 | | |
| 10P | • 09/13/98 Letter from Keith **Orgeron, Integra,** to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0207)<br>• 08/08/98 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #98-IE-0207<br>• FFC USA Check dated 10/07/98 payable to Integra Engineering for $5,437.50. | | |
| 10Q | • 10/10/98 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0208)<br>• 08/08/98 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #98-IE-0208 | | |
| 10R | • 11/09/98 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0209)<br>• 08/08/98 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #98-IE-0209 | | |
| 10S | • 12/04/98 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#98-IE-0210)<br>• 08/08/98 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #98-IE-0210<br>• FFC USA Check dated 01/06/99 payable to Integra Engineering for $13,725.00 | | |
| 10T | • 02/14/99 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#99-IE-0213-A and #99-IE-0213-B)<br>• Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable re: Invoice #99-IE-0213-A<br>• 02/14/99 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice # 99-IE-0213-B | | |
| 10U | • 04/07/99 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Status Report for Invoice (#99-IE-0215-A and #99-IE-0215-B)<br>• 04/07/99 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #99-IE-0215-A.<br>• 04/07/99 Invoice from Keith Orgeron, Integra, to FFC USA, attn: Accounts Payable   re: Invoice #99-IE-0215-B | | |
| 10V | 02/27/98 Letter from Keith **Orgeron, Integra**, to FFC USA, attn: Daniel E. Davis, President, re: Engineering Copiers, Scanners & Plotters | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 11A | 05/29/98 LETTER from Jim **RUSK**, J.A. Rusk Engineering, Kansas City, Missouri to Daniel Davis, FFC USA, re: Schedule for 28 Ton and 38 Ton units engineering services for FFC USA | | |
| 11B | 06/03/98 FAX from J.A. **RUSK** Engineering to Danny Davis, FFC USA with attached Description of Services Rendered for FFC USA; (EXHIBIT 26 to Davis Deposition) | | |
| 11C | 7/07/98 Confidentiality Agreement Release between Manitex and J.A. **RUSK** Engineering | | |
| 11D | 05/16/99 FAX from Jim **RUSK** to Danny Davis, re: Budgetary estimates with attached estimated numbers for the 50 and 75 ton engineering services for FFC USA | | |
| 11E | 11/23/99 ACCOUNT RECONCILIATION–J.A. **RUSK** Account, FFC USA | | |
| 11F | 12/13/99 Fax from **RUSK** to Cheam re breakdown of charges | | |
| 12A | 08/21/98 Executed DESIGN OWNERSHIP/RESPONSIBILITY AGREEMENT 1, Cranes Utilizing Standard Hydraulic Excavator Main Frames, among **CATERPILLAR**, FFC USA and FFC Malaysia; (EXHIBIT 5 to Davis Deposition) | | |
| 12B | 08/21/98 Executed DESIGN OWNERSHIP/RESPONSIBILITY AGREEMENT 2, Cranes Utilizing Custom Main Frames, among **CATERPILLAR**, FFC USA and FFC Malaysia; (EXHIBIT 6 to Davis Deposition) | | |
| 12C | 03/29/99 Executed DESIGN OWNERSHIP/RESPONSIBILITY AGREEMENT 3, Cranes Utilizing Telehandler Powermodules between **CATERPILLAR** and FFC USA; (EXHIBIT 7 to Davis Deposition) | | |
| 12D | 09/08/98 **Purchase Order** #CFF1234 by FFC USA to **Caterpillar**<br>09/08/99   FFC USA Purchase Order-Production  #CFF 1234 | | |
| 12E | 09/19/98 Purchase Order #CFF1261 by FFC USA to **Caterpillar**<br>09/19/98   FFC USA Purchase Order-Production # CFF 1261 | | |
| 12F | 12/07/98 Purchase Order #CFF1370 by FFC USA to **Caterpillar**<br>12/07/98   FFC USA Purchase Request Requisition #1370 | | |
| 12G | 12/07/98 Purchase Order #CFF1371 by FFC USA to **Caterpillar**<br>12/07/98   FFC USA Purchase Request Requisition #1743 | | |
| 12H | 02/06/99 Purchase Order #CFF1441 by FFC USA to **Caterpillar**<br>02/06/99   FFC USA Purchase Request Requisition #0250 | | |
| 12I | 02/06/99 Purchase Order #CFF 1442 by FFC USA to **Caterpillar**<br>02/06/99   FFC USA Purchase Request Requisition #0859 | | |
| 12J | 02/06/99 Purchase Order #CFF1443 by FFC USA to **Caterpillar**<br>02/06/99   FFC USA Purchase Request Requisition #0871 | | |
| 12K | 02/07/99 Purchase Order #CFF7058 by FFC USA to **Caterpillar**<br>02/07/99   FFC USA Purchase Request Requisition #0876 | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 12L | 02/07/99 Purchase Order #CFF7059 by FFC USA to **Caterpillar**<br>02/07/99   FFC USA Purchase Request Requisition #0879 | | |
| 12M | 02/07/99 Purchase Order #CFF7065 by FFC USA to **Caterpillar**<br>02/07/99   FFC USA Purchase Request Requisition #0880 | | |
| 12N | 03/09/99 Purchase Order #CFF7174 by FFC USA to **Caterpillar**<br>03/09/99   FFC USA Purchase Request Requisition #1325 | | |
| 12O | 03/16/99 Purchase Order #CFF7173 by FFC USA to **Caterpillar**<br>03/09/99   FFC USA Purchase Request Requisition #1324 | | |
| 12P | 05/01/99 Purchase Order #CFF7057 by FFC USA to **Caterpillar**<br>02/04/99   FFC USA Purchase Request Requisition #1742 | | |
| 12Q | 05/01/99 Purchase Order #CFF-80031 by FFC USA to **Caterpillar**<br>03/28/98   FFC USA Purchase Order-Production #CFF-80031<br>06/02/98   FFC USA Purchase Order-Production #SFF-80301 | | |
| 12R | 06/07/99 Purchase Order #CFF7226 by FFC USA to **Caterpillar**<br>05/10/99   FFC USA Purchase Request Requisition #1739 with attachment | | |
| 12S | 06/11/99 Purchase Order #CFF7224 by FFC USA to **Caterpillar**<br>05/10/99   FFC USA Purchase Request Requisition #1740 | | |
| 12T | 06/11/99 Purchase Order #CFF7225 by FFC USA to Caterpillar<br>05/10/99   FFC USA Purchase Request Requisition #1738 | | |
| 13 | **Caterpillar BROCHURES** | | |
| 14 | **PICTURES** of FFC and Caterpillar cranes, assembly area at FFC Harlingen | | |
| 15A | 06/07/99 CHECK 1981, FFC USA payable to **Davisco, Inc.** for $10,560 | | |
| 15B | 06/24/99 CHECK 2072 FFC USA payable to **Davisco Inc.** for $10,560 | | |
| 15C | 07/12/99 CHECK 2107 FFC USA payable to **DavisCo Inc.** for $13,200 | | |
| 16A | 06/23/97 EMPLOYMENT CONTRACT between FF Holdings and Daniel E. Davis (Exhibit 3 to Davis Deposition) | | |
| 16B | CALLING CARD - **Daniel Davis** | | |
| 17A | Transcript of Oral Deposition **Stephen Horner** (10/09/00) with Exhibits, (to be used to the extent necessary to respond to his live testimony; Defendants cannot designate pages of deposition to be used because Defendants do not know at this time the substance of his trial testimony) | | |
| 17B | Transcript of Oral Deposition of **Daniel E. Davis** (05/11/00) (Volume I) with Exhibits; (to be used to the extent necessary to respond to his live testimony; Defendants cannot designate pages of deposition to be used because Defendants do not know at this time the substance of his trial testimony) | | |
| 17C | Transcript of Oral Deposition of **Daniel E. Davis** (05/12/00) (Volume II) with Exhibits; (to be used to the extent necessary to respond to his live testimony; Defendants cannot designate pages of deposition to be used because Defendants do not know at this time the substance of his trial testimony) | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 17D | Transcript of Oral Deposition of **Greta Sullivan** (08/17/00) with Exhibits; (to be used to the extent necessary to respond to her live testimony; Defendants cannot designate pages of deposition to be used because Defendants do not know at this time the substance of her trial testimony) | | |
| 17E | Transcript of Oral Deposition of **Loren G. Helmreich** (09/01/00) with Exhibits; (to be used to the extent necessary to respond to her live testimony; Defendants cannot designate pages of deposition to be used because Defendants do not know at this time the substance of her trial testimony) | | |
| 18 | All expert reports of FFC Parties' experts | | |
| | | | |
| | | | |

Page 6 of 6