110

**UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS**

| Daniel E. Davis<br>Versus- - - - - - - - - - - -<br>Favelle Favco Cranes, USA, Inc., et. al. | CASE NO. B-00-003<br>CASE NO. B-00-184 |
|---|---|
| | Exhibit List (3rd Amended) |
| Judge Hilda G. Tagle | Case Manager: Stella Cavasos<br>Court Reporter: Breck Record |
| List of<br>**PLAINTIFFS** | Proceeding      Date |

United States District Court
Southern District of Texas
FILED
AUG 10 2001
Michael N. Milby
Clerk of Court

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1 | Internal Memorandum to Danny E. Davis from T.S. Cheam **(05/12/97)** | | |
| 2 | Facsimile from Katherine Wong to Daniel E. Davis (Re: Shareholders' Agreement) **(05/20/97)** | | |
| 3 | Letter from Daniel E. Davis to Mac Ngan Boon **(05/28/97)** (Re: Shareholders' Agreement) | | |
| 4 | Letter from Michael Chen & Lee to Mr. Cheam **(06/10/97)** (Re: Shareholders' Agreement) (including attachments) | | |
| 5 | Issues to be incorporated in the New Shareholders' Agreement of FFC-USA | | |
| 6 | Employment Contract **(06/23/97)** | | |
| 7 | Shareholders' Agreement **(08/16/97)** | | |
| 8 | Letter from Daniel E. Davis to Mac Ngan Boon **(11/16/97)** (Re: West Uppers, Pemex Bid, Gallotti Lowers, Eccon) | | |
| 9 | Consent to Action by All Shareholders and Directors of Favelle Favco Cranes USA, Inc. **(11/29/97)** | | |
| 10 | Memo from Daniel E. Davis to Mac Ngan Boon **(06/23/98)** (Re: Letter from West's Lawyer Referencing Caterpillar Issue) | | |
| 11 | Facsimile from Daniel E. Davis to Cheam Tek Siong **(08/06/98)** (Re: Fax Regarding Caterpillar) | | |
| 12 | Facsimile Message from Daniel E. Davis to Mac Ngan Boon **(12/21/98)** (Re: Status of Financing Requirement) | | |
| 13 | Facsimile Transmittal from Cheam Tek Siong to Daniel E. Davis/Mr. Yee **(02/08/99)** (Re: Registration of Trademark) | | |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 14 | Letter from Daniel E. Davis to Mac Ngan Boon **(01/20/99)** (Re: Favelle Favco Cranes USA, Inc.) | | |
| 15 | Letter from Daniel E. Davis to Mac Ngan Boon **(02/06/99)** (Re: Favelle Favco Cranes USA, Inc.) | | |
| 16 | Fax Transmission from Mac Ngan Boon to Daniel E. Davis **(02/10/99)** | | |
| 17 | Letter from Daniel E. Davis to Mac Ngan Boon **(02/10/99)** | | |
| 18 | Facsimile Cover Sheet from Daniel E. Davis to Mac Ngan Boon **(02/10/99)** (including attachments: 02/03/99 Letter from James E. Hopkins to Daniel E. Davis; 02/10/99 Letter from Daniel E. Davis to Mac Ngan Boon; and Licensing Agreement signed by Daniel E. Davis) (Re: Caterpillar Letter) | | |
| 19 | Letter from Joe Conway to Daniel E. Davis **(02/12/99)** (Re: Manitex Supplier Agreement) | | |
| 20 | Facsimile Transmittal Sheet from Shirleen Lee to Daniel E. Davis **(03/16/99)** (Re: Shareholders' Agreement) (including a draft copy of the said Shareholders' Agreement) | | |
| 21 | United States Patent No. 6,003,252 **(12/21/99)** | | |
| 22 | Drawings/Sketches (Figures 1A-24) attached to United States Patent No. 6,003,252 **(12/21/99)** | | |
| 23 | Curriculum Vitae of Stephen M. Horner, Ph.D. | | |
| 24 | Report from Stephen M. Horner, Ph.D. **(08/14/00)** | | |
| 25 | Report from Stephen M. Horner, Ph.D. **(08/17/00)** (including revisions made at his deposition) | | |
| 26 | Amended Report from Stephen M. Horner, Ph.D. **(01/30/01)** | | |
| 27 | Appendix B to Dr. Horner's report | | |
| 28 | Diagram by Cheam Tek Siong **(07/11/00)** (Re: Favelle Favco Companies) | | |
| 29 | Minutes of the Organization Meeting of the Directors of Favelle Favco Cranes USA, Inc. **(09/04/97)** | | |
| 30 | Confidentiality Agreement between Favelle Favco Cranes (M) SDN BHD and Daniel E. Davis **(09/11/98)** | | |
| 31 | FFC 28T Brochure | | |
| 32 | FFC 38T Brochure | | |
| 33 | FFC 50MT | | |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 34 | Confidential Agreement between Favelle Favco Cranes USA, Inc,; Favelle Favco Cranes (M) SDN BHD, and ECCON **(11/22/97)** | | |
| 35 | Design Ownership/Responsibility Agreement 1. Cranes Utilizing Standard Hydraulic Excavator Main Frames **(08/21/98)** | | |
| 36 | Design Ownership/Responsibility Agreement 2. Cranes Utilizing Custom Main Frames **(08/21/98)** | | |
| 37 | Design Ownership/Responsibility Agreement 3. Cranes Utilizing Telehandler Powermodules**(03/29/99)** | | |
| 38 | Facsimile Transmittal Sheet from Tan Teong Guan to Daniel E. Davis **(01/07/98)** (Re: 11/29/98 fax from Shirleen Lee) (including attachments) | | |
| 39 | Affidavit of James Alan Rusk **(02/19/01)** (including attachments) | | |
| 40 | Weldment Boom Insert (38 Insert) **(04/07/99)** | | |
| 41 | Weldment Boom Insert (38 Insert) **(04/07/99)** | | |
| 42 | Quote from J.A. Rusk Engineering **(06/03/98)** | | |