CV No. 00-003    /13

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

Davis et al., §
§
*versus* §    CIVIL ACTION 00-003
§
Favelle Favco Cranes USA Inc., et al. §

United States District Court
Southern District of Texas
FILED

AUG 0 6 2001

Michael N. Milby, Clerk of Court

STATUS CONFERENCE MEMORANDUM

*Appearances*:

| Counsel: | Representing: |
|---|---|
| Victor Quintanilla | Plaintiffs |
| Gary Gurwitz | Defendants |

*Date*: August 6, 2001          *Reporter*: Breck Record

*Time*: 1:30 p.m.               *Law Clerk*: A. Fajardo

*Trial*:

- ■ Jury    Estimated 3-4 days to try (at 5.5 hours per day):
- ☐ Bench
- ■ Trial set:    August 13, 2001    Time: 1:30 p.m.
       Joint PTO due:    July 20, 2001
- ☐ Scheduling Order signed

*Comments*:

The Court indicated to the Parties that it felt that the issues of attorney's fees and punitive damages could be severed for the end of trial, so that the Parties would not take time to put on evidence regarding these issues during the main portion of the trial.

The Plaintiffs indicated that they are seeking mental anguish, emotional distress, lost wages and/or lost income, lost royalties, damages to Mr. Davis' reputation, out-of-pocket damages/expenses, attorney's fees and exemplary damages.

1

*CV No. 00-003*

**RULINGS:**

The Court **DENIED** Plaintiffs' motion in limine regarding the following items:

(1) Mr. Davis' marital status (MiL No. 26);

(2) Mr. Davis' prior arrests (MiL No. 18);

(3) Mr. Davis' IRS liens or IRS liability (MiL No. 25).

The Court **DENIED** Plaintiffs' objection to exhibits regarding the following items:

(1) Contract with and bills from Keith Orgeron (Ds' Exh. 8 & 9)

(2) Letter signed by Bill Young from Favco to Victoria Machines (Ds' Exh. 18)

(3) Employee Handbook (Ds' Exh. 19)

(4) Letter from Davis to GAR International (Ds' Exh. 20)

(5) Distribution Agreement (Ds' Exh. 21)

(6) Checks (Ds' Exhs. 25, 26, & 27)

(7) Caterpillar brochures (Ds' Exh. 28)

(8) Photographs (Ds' Exh. 29)

(9) Strain gauge testing (Ds' Exhs. 23 & 24)

The Court **DENIED** Defense counsel's objection (Dkt. No. 66) to the introduction of the Shareholder's Agreement and objection to calling James Rusk as a factual witness. The Court **SUSTAINED** Defense counsel's objection to the calling of Dennis Sanchez. Defense counsel told the Court that he would find out whether Mr. Sanchez was involved in any meetings between any FFC Party and Mr. Davis prior to the signing of the Employment Contract.

The Defendants indicated that they did not intend on introducing Exhibits of Purchase Orders to Caterpillar (Exh. 22A-U) or a Letter from Mr. Mac to Mr. Davis (Ds' Exh. 30), but they will be reurged if they become relevant.

2

*CV No. 00-003*

The Court allowed the Plaintiffs to properly number and submit as trial exhibits those documents that were attached to various depositions, and gave the Defendants an opportunity to object to these exhibits.

The Parties agreed that the resume and report of Loren Helmreich are moot at this time. The Parties also agreed that deposition testimony of witnesses (e.g. Cheam Tek Siong, Danny Davis, Greta Sullivan) who will be called to the stand will not be used except for cross-examination.

Plaintiffs' counsel indicated that he would provide defense counsel with a copy of a letter from Jim Rusk to Danny Davis.

Plaintiffs' counsel indicated that their witnesses would include:

Mr. Mac
Greta Sullivan
Bill Jones
Jim Rusk
Dennis Sanchez
Dr. Stephen Horner and
Mr. Joe Conway.

Defense counsel indicated that their witnesses would include:

Mr. Mac
Mr Cheam
Mike Koo
Jose De La Cruz
Todd Tulon
Richard Cortez
Terry Qualey
Stephen Nichols and
Stewart Anderson.