*114*

# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ■ Fajardo    ☐ Koerner |
| **DATE** | Aug. 8, 2001 |
| **TIME** | 9:50 a.m. / p.m.    3:50 a.m. / p.m. |
| **CIVIL ACTION** | B 00 003 |
| **STYLE** | Davis et al. *versus* Favelle Favco Cranes USA, Inc., et al. |

United States District Court
Southern District of Texas
FILED
AUG 0 8 2001
Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT)  ■ Daubert Hearing;   _____ day  ☐ Bench or ■ Jury Trial  (Rptr.  Breck Record  )

<u>Victor Qunintanilla</u>                       for   Plaintiffs

<u>Danny Gurwitz and Gary Gurwitz</u>       for   Defendants

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ■ these topics:
     Defendants' objection to Plaintiffs' expert, Dr. Stephen Horner & motions in limine.

☐   Motions taken under advisement: _____

☐   Order to be entered.

☐   Miscellaneous review set: _____

■   **Rulings**:

   (1)   Defendants' Daubert Objection to Dr. Stephen Horner was **OVERRULED**.
         Defendants claim that they never received the January 2001 report of Dr. Horner, and
         neither side has any record that Defendants received the January 2001 report. Therefore,
         the Plaintiffs relied upon the August 17, 2000 report.

<u>Regarding Plaintiffs' Motions in Limine:</u> The Court

      **OVERRULED** Nos. 4, 8, 12, 14, 18, 20, 21, 22, 23, 24, 25, 30.

      **GRANTED** Nos. 5 and 10 (Defense counsel had no objection), 27 and 31 (assuming Plaintiffs' counsel will do the same with Defense counsel's witnesses), and 28 (if it is a crime).

The Court stated that it would rule on No. 9 on Monday before trial. The Court also **ALLOWED** the Plaintiffs to bring in Dennis Sanchez to testify. In addition, the Court gave Defense counsel until Thursday, August 9, 2001 by 5:00 p.m. to submit supplemental exhibits. The Plaintiffs have until Monday morning at 8:00 a.m. to file objections thereto.