115

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
AUG 13 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ■ Fajardo    ☐ Koerner |
| **DATE** | Aug.  13  2001 |
| **TIME** | 9:20 a.m.   9:30 a.m. |
| **CIVIL ACTION** | B  00  003 |
| **STYLE** | Davis, et al. *versus* Favelle Favco Cranes USA, Inc., et al. |

**DOCKET ENTRY**

(HGT)  ☐ Hearing;   3-4 day  ☐ Bench or ■ Jury Trial      (Rptr. Breck Record)

<u>Victor Quintanilla</u>               for     Plaintiffs

<u>Gary & Danny Gurwitz</u>           for     Defendants

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:  ☐ all pending motions;   ☐ these topics:

_____

☐   Rulings orally rendered on:

■   Comments:

Parties announce that they have settled. A confidential Settlement Agreement and a License Agreement was signed and approved by Mr. Davis voluntarily and without coercion. The Court **GRANTED** the Parties' Joint Motion to Dismiss, and signed their proposed Order of Dismissal.

Jury Discharged.