116

United States District Court
Southern District of Texas
FILED

AUG 13 2001 09:30am

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § § § § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| FAVELLE FAVCO CRANES USA, INC., and FAVELLE CRANES (M) SDN BHD, | § § § § § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § § | |
| VS. | § § | |
| DANIEL E. DAVIS, DAVISCO INC. and COBURN INTERNATIONAL | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-184 |
| FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD, and FAVELLE FAVCO HOLDINGS SDN BHD | § § § § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME DANIEL E. DAVIS, DAVISCO, INC., and COBURN INTERNATIONAL, LTD., ("Davis Parties"), and FAVELLE FAVCO CRANES USA, INC., FAVELLE FAVCO CRANES (M) SDN BHD and FAVELLE FAVCO HOLDINGS SDN BHD, ("FFC Parties"), and file this *Joint Motion to Dismiss* their respective claims against the other in the above-entitled and numbered cause, and would respectfully show this Court as follows:

I.

Plaintiffs and Defendants have entered into an agreement wherein all issues of fact and of law in dispute between Plaintiffs and Defendants have been compromised and settled, and Plaintiffs and Defendants no longer desire to prosecute their respective causes of action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that this Court grant their joint motion to dismiss with prejudice their respective claims in the above entitled and numbered cause costs and attorney's fees to be borne and paid by the party incurring same.

Respectfully submitted,

_____
Ernesto Gamez, Jr.
Bar # 0760660    SDOT # 8645
Victor Quintanilla
Bar # 00786181   SDOT # 16073
Law Offices of Ernesto Gamez, Jr., P.C.
777 E. Harrison Street
Brownsville, Texas 78520
Telephone No. 956/541-3820
Fax No. 956/541-7694

**ATTORNEYS FOR DAVIS PARTIES**

_____
Gary Gurwitz
Bar # 08631000   SDOT # 1194
Charles C. Murray
Bar # 14719700   SDOT # 1214
Daniel G. Gurwitz
Bar # 00787608   SDOT # 16895
ATLAS & HALL, L.L.P.
818 Pecan - P.O. Drawer 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Fax No. 956/686-6109

Willem G. Schuurman/Bar # 17855200
Brian K. Buss/Bar # 00798089
VINSON & ELKINS, L.L.P.
600 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone No. 512/495-8400
Fax No. 512/495-8612

**ATTORNEYS FOR FAVCO PARTIES**