*11*

United States District Court
Southern District of Texas
FILED

AUG 13 2001
@ 9:30 Am

Michael N. Milby, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-003 |
| | § | |
| FAVELLE FAVCO CRANES | § | |
| USA, INC., and  FAVELLE CRANES | § | |
| (M) SDN BHD, | § | |

| | | |
|---|---|---|
| FAVELLE FAVCO CRANES USA, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| DANIEL E. DAVIS, DAVISCO INC. and | § | |
| COBURN INTERNATIONAL | § | |
| | § | CIVIL ACTION NO. B-00-184 |
| VS. | § | |
| | § | |
| FAVELLE FAVCO CRANES USA, INC., | § | |
| FAVELLE FAVCO CRANES (M) SDN BHD, | § | |
| and FAVELLE FAVCO HOLDINGS SDN BHD | § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on the _13_ day of _August_, 2001, came on to be heard the *Joint Motion to Dismiss* filed by the Plaintiffs and Defendants in the above-styled and numbered cause and the Court finding that all matters in dispute between the Plaintiffs and the Defendants have been fully and finally compromised and settled is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Joint Motion to Dismiss* be and is hereby granted and all causes of action in this cause are, in all respects, dismissed with prejudice.

All costs are hereby assessed against the party incurring same.

SIGNED this __13__ day of __August__, 2001, at Brownsville, Texas.

**U.S. DISTRICT JUDGE**

---

**DAVIS**
**vs.**
**FFC**

**ORDER OF DISMISSAL**

**Page 2 of 2**