118

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Daniel Davis versus Farelle Farco, Cranes, et al | CASE NO. 1:00-003 Exhibit List | United States District Court Southern District of Texas FILED AUG 08 2001 Michael N. Milby, Clerk of Court |
|---|---|---|
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos  Court Reporter: Breck Record | |
| List of Plaintiff | Proceeding Daubert Hearing | Date 8/8/01 |

| No. | Description | Adm | Date |
|---|---|---|---|
| 1 | Curriculum Vitae | ✓ | 8/8/01 |
| 2 | 8/14/00 Report | ✓ | 8/8/01 |
| 3 | 8/17/00 Report | ✓ | 8/8/01 |
| 4 | Appendix B | ✓ | 8/8/01 |
| 5 | List of Testimony | ✓ | 8/8/01 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |