119

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

_Daniel Davis_

§
§
§        CIVIL ACTION  1:00-003
§
_versus_        §
§        CRIMINAL _____
§
_Farrell Favco Crenen_        §
§

United States District Court
Southern District of Texas
FILED

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

AUG 16 2001

Michael N. Milby
Clerk of Court

_Proceeding:_    ☐ Trial    ☒ Hearing    held  8/8/01

_Exhibits of:_    ☐ Govt.    ☒ Pltf.    ☐ Deft.

| Exhibit Numbers | Description |
|---|---|
| 1 | Curriculum Vitae |
| 2 | 8/14/00 Report |
| 3 | 8/17/00 Report |
| 4 | Appendix B |
| 5 | List of Testimony |

The above exhibits were received by _Carolina Lozano_, ~~Secretary~~ ~~attorney/case agent~~ for
( ) Govt.    (✓) Pltf.    ( ) Deft.

_Carolina Lozano_
(signature)

8/16/01        2:08 pm
Date        Time